CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

FILED

Aug 28 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>GEOFFREY CHAD GIGLIO,<br><br>  Defendant. | CASE NO. CR25-00264 VC<br><br>VIOLATIONS:<br><br>18 U.S.C. § 115(a)(1)(B) – Influencing Federal Official by Threat<br><br>18 U.S.C. § 875(c) – Interstate Communications with a Threat to Kidnap or Injure<br><br>47 U.S.C. § 223(a)(1)(C) – Anonymous Telecommunications Harassment<br><br>SAN FRANCISCO VENUE |

I N F O R M A T I O N

The United States Attorney charges:

COUNT ONE:        (18 U.S.C. § 115(a)(1)(B) – Influencing Federal Official by Threat)

On or about March 27, 2025, in the Northern District of California and elsewhere, the defendant

GEOFFREY CHAD GIGLIO,

did threaten to assault, kidnap, and murder U.S. Representative 1, a Member of Congress, with intent to impede, intimidate, and interfere with U.S. Representative 1 while he was engaged in the performance of his official duties, and did so threaten with intent to retaliate against U.S. Representative 1 on account of the performance of his official duties; to wit:  from the state of Florida, GIGLIO called the California

INFORMATION                                                    1

office of U.S. Representative 1 and left an anonymous voicemail addressing U.S. Representative 1, which stated, in part:

> Now the system is rigged but here's what's going to happen. If you keep fighting and you manage to use what you do and manipulate, then we will come get you. There will be the war that you want. We will never let you go back. So I'm fine with anything at this point. I'm tired of it. I'll just set up behind my .308 and I'll do my job.

All in violation of Title 18, United States Code, Section 115.

COUNT TWO:    (18 U.S.C. § 875(c) – Interstate Communications with a Threat to Kidnap or Injure)

On or about March 27, 2025, in the Northern District of California and elsewhere, the defendant

GEOFFREY CHAD GIGLIO,

did knowingly and willfully transmit in interstate commerce a communication which contained a threat to kidnap and injure the person of another, that is, U.S. Representative 1, a Member of Congress; to wit: from the state of Florida, GIGLIO called the California office of U.S. Representative 1 and left an anonymous voicemail addressing U.S. Representative 1, which stated, in part:

> Now the system is rigged but here's what's going to happen. If you keep fighting and you manage to use what you do and manipulate, then we will come get you. There will be the war that you want. We will never let you go back. So I'm fine with anything at this point. I'm tired of it. I'll just set up behind my .308 and I'll do my job.

All in violation of Title 18, United States Code, Section 875(c).

COUNT THREE:    (47 U.S.C. § 223(a)(1)(C) – Anonymous Telecommunications Harassment)

On or about March 27, 2025, in the Northern District of California and elsewhere, the defendant

GEOFFREY CHAD GIGLIO,

did, in interstate communications, make a telephone call without disclosing his identity and with intent to annoy, abuse, threaten, and harass a person at the called number and who received the communication; to wit: from the state of Florida, GIGLIO called the California office of U.S. Representative 1, a Member of Congress, and left an anonymous voicemail addressing U.S.

INFORMATION                                    2

Representative 1 which stated, in part:

> Now the system is rigged but here's what's going to happen. If you keep fighting and you manage to use what you do and manipulate, then we will come get you. There will be the war that you want. We will never let you go back. So I'm fine with anything at this point. I'm tired of it. I'll just set up behind my .308 and I'll do my job.

All in violation of Title 47, United States Code, Section 223(a).

COUNT FOUR:     (18 U.S.C. § 115(a)(1)(B) – Influencing Federal Official by Threat)

On or about June 13, 2025, in the Northern District of California and elsewhere, the defendant

GEOFFREY CHAD GIGLIO,

did threaten to assault, kidnap, and murder U.S. Representative 1, a Member of Congress, with intent to impede, intimidate, and interfere with U.S. Representative 1 while he was engaged in the performance of his official duties, and did so threaten with intent to retaliate against U.S. Representative 1 on account of the performance of his official duties; to wit: from the state of California, GIGLIO called the California office of U.S. Representative 1 and stated to a member of U.S. Representative 1's staff, in part: "Tell [U.S. Representative 1] that we are coming and that we are going to handle everyone. We are going to hurt everyone. We are coming to hurt them. Goodbye."

All in violation of Title 18, United States Code, Section 115.

DATED: August 28, 2025

CRAIG H. MISSAKIAN
United States Attorney

*Johnny E. James Jr.*
JOHNNY ELLIS JAMES JR.
Special Assistant United States Attorney

INFORMATION                         3