# Exhibit A

**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
19TH FLOOR FEDERAL BUILDING - BOX 36106
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

**JODI LINKER**
*Federal Public Defender*
**TAYLOR FATHERREE**
*Assistant Federal Public Defender*

Telephone: (415) 436-7700
Fax: (415) 436-7706

Assistant U.S. Attorneys Amani Floyd and Annie Hsieh
Office of the United States Attorney
Northern District of California
Federal Building, 11th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

DELIVERED VIA EMAIL

September 18, 2026

**RE: Expert Disclosures**
***United States v. Geoffrey Giglio*, No. 25-CR-264 VC**

Dear Ms. Floyd and Ms. Hsieh:

Please find below our disclosures pursuant to Federal Rule of Criminal Procedure 26(a)(2)(B).

## I. Witness identity and qualifications.

Dr. Jennifer Golbeck may be called as an expert witness in this case. She is an expert in online harassment, violent communications, and conspiracy theories on social media. Please refer to Dr. Golbeck's below qualifications section and her enclosed CV for more information on her qualifications and experience.

## II. Testimony

Dr. Golbeck's testimony in the last 4 years follows:

**C.M. v BetterHelp**
Case No. 3:23-cv-01033-RS
US Northern District of California

Witness for Plaintiff
2026-present
*Class Action*

**U.S. v Peter Stinson**
Case No: 1:25-cr-00209
US Eastern District of Virginia
Witness for Defendant
2025
*Criminal*

**Hughes v. Apple**
Case No: 3:22-cv-07668-VC
US Northern District of California
Witness for Plaintiff
2024-present
*Class Action*

**Erica Frasco v**
**Flo Health, Inc., Google, Llc, Facebook, Inc., Appsflyer, Inc., And Flurry, Inc.,**
Case No.: 3:21-cv-00757-JD
US Northern District of California
Witness for Plaintiff
2022 – 2025
*Class Action*

**Doe v Adventist**
Case No.: 22STCV36304
Superior Court of California
Witness for Plaintiff
2024 – present
*Class Action*

**State of Texas v Google**
Case No.: 22-01-88230-D
District Court of Victoria County
Witness for Plaintiff
2023-2025

**Medallia v ContentSquare**
CASE NO. 6:21-cv-00532-ADA
US Western District of Texas
Witness for Plaintiff
2022 – 2023
*Trade Secrets*

**Echospan v Medallia**
Case Number: 5:2022cv01732
US District Court for the Northern District of California
Witness for Defendant
2022 – 2023
*Trade Secrets*

**Blackbird Tech LLC v Trivago**
N.V., No. 2:21-cv-00349-JRG-RSP
US District Court, Eastern District of Texas
Witness for Plaintiff
2022 – 2022
*Patent*

**State of Washington v. Google**
King County Superior Court Cause No. 22-2-01103-3 SEA
Witness for Plaintiff
2022 – present

**Medallia v Content Square**
US District Court, Western District of Texas / IPR
Witness for Plaintiff
2022 – 2023
*Patent*

**USC v Facebook**
US District Court, Western District of Texas / IPR
Witness for Plaintiff
2020 – 2021
*Patent*

**Microsoft v Uniloc**
IPR
Witness for plaintiff
2019-2023
*Patent*

## III. Publications:

Please refer to Dr. Golbeck's enclosed CV for her publications.

## IV. Dr. Golbeck may testify to the following:

**Qualifications**

1. Since 2007, I have been a professor in the College of Information at the University of Maryland (assistant professor from 2007-2013, associate professor with tenure 2013-2021, and Full professor since 2021), where I have focused my research and teaching efforts on aspects of social media and the web.

2. I received two Bachelor's degrees, in Computer Science and Economics, from the University of Chicago in 1999, a Master's degree in Computer Science from the University of Chicago in 2001, a Master of Liberal Arts in Psychology from Harvard University in 2024, and a Ph.D. in Computer Science from the University of Maryland in 2005.

3. My Ph.D. thesis focused on social media and was titled “Computing and Applying Trust in Web-based Social Networks.” I have been teaching at universities on issues related to computer science, the web, and social media since 1999 when I was a Lecturer in the Computer Science Department at the University of Chicago. Over the past fourteen years, in a variety of different capacities, I have taught classes at University of Chicago, George Mason University, Johns Hopkins University, Georgetown University, George Washington University, American University, and University of Maryland. I have taught university level classes on the web and social media, including: "Becoming a social media influencer", "Analyzing Social Networks and Social Media", "Social Networks: Technology and Society", "Development of Internet Applications", "Fundamentals of Human-Computer Interaction", "Information Users in Social Context", and "Small Worlds, Social Networks, and Algorithms". I also teach a graduate seminar on Conspiracy Theories.

4. I have presented eight talks at TED and TEDx conferences on various topics related to social media, artificial intelligence, and democracy.

5. Since 2015, the far-right has been one focus of my research. This has included systematic observation of far-right spaces, including right wing forums, social media, websites, and discussion boards. My work has looked at the connection between violence, harassment, radicalization, conspiracy theories, and far-right narratives. I am a frequently-cited expert in print, TV, and radio about the narratives of the far-right online. I have done interviews with outlets including MSNBC, CNN, NPR, Reuters, NBC, PBS, and the Associated Press on these topics.

6. In 2021, I presented at TEDxMarin on the connection between social media algorithms and the QAnon conspiracy theory. I have written articles for journalistic outlets including Wired[1], Esquire[2], and HuffPost[3] about these topics. I also write a newsletter with over 3,000 subscribers called the MAGAReport that monitors discussions in far-right communities that center themselves around their support for President Trump.

7. I have published and presented over 200 articles in refereed journals and conferences. One focus area of my work is on harassment and violence. I have published over a dozen papers on this topic and edited a book, "Online Harassment" that focuses on harassing content on social media.

8. Across my career, I have studied the connection between online communities and radicalization. Early in my career, that included analysis of terrorist networks. In the last 4 years, I have had two grants, including a $500,000 grant from the National Science

---

[1] Jen Golbeck, There’s No Excuse to Ignore Warnings of Domestic Terrorism, available at: https://www.wired.com/story/opinion-theres-no-excuse-to-ignore-warnings-of-domestic-terrorism/.
[2] Jen Golbeck, My Weekend Getaway with the Proud Boys, available at: https://www.esquire.com/news-politics/a71482536/proud-boys-inside-look/.
[3] *See* https://www.huffpost.com/author/jen-golbeck.

Foundation, funding research into radicalization and deradicalization online. That work has resulted in seven published academic articles on the radicalization process and the influence of online systems.

**<u>Frequency and Normalization of Harassment and Violent Political Rhetoric on Social Media</u>**

9. Political discussions are common on social platforms, and such discussions can be distasteful, abusive, and aggressive. For example, in my paper "Misogynistic targeting of women in power predicts broader online harassment patterns"[4], I identified and analyzed thousands of posts that used misogynistic slurs directed at Kamala Harris, Nancy Pelosi, Lauren Boebert and Marjorie Taylor-Greene.

10. Social media content often goes beyond harassment with slurs. It is not uncommon to find posts that discuss, encourage, and celebrate the death of government officials. For example, searching for "take out" or "hang" with government officials' names reveals dozens of posts. Appendix A includes a small sample of such content.

11. In work conducted in my lab[5], for example, we analyzed 30,000 posts and categorized posts that were violent. Appendix B shows examples of some of the posts we identified that contained politically oriented discussions of violence.

12. This dataset includes threats from Donald Trump's supporters after the 2020 U.S. Presidential election. Examples include: "They can't stop what's coming!!! There's more of us than them. When absolutely necessary, take out the police as well!" and "I think at this point we need a WAR !!!!!! THEY ARE FUCKING UP EVERYTHING , We Need To KILL ALL THE EVIL 😠 Which Is all the democraps 💯 ☠️ 🌡️ We need WAR[.]" *See* Appendix B.

13. This type of incendiary language is common in far-right corners of social media. For example, President Trump himself often uses the language of "treason" to refer to his enemies (see Appendix C for examples). On the far right, references to "Treason" are used to imply "execution" because that is a possible penalty for those convicted of treason.

---

[4] Golbeck, J. (2025). Misogynistic targeting of women in power predicts broader online harassment patterns. *Computational and Mathematical Organization Theory*, *31*(2), 109-119.

[5] Chen, C., Beland, S., Burghardt, I., Byczek, J., Conway, W. J., Cotugno, E., ... & Golbeck, J. (2025, May). Cross-Platform Violence Detection on Social Media: A Dataset and Analysis. In *Proceedings of the 17th ACM Web Science Conference 2025* (pp. 494-498).

14. As another example, I conducted an analysis of right-wing discourse after the assassination of Charlie Kirk in 2025 for Reuters[6]. The forums were flooded with rage and calls for vengeance, including comments like "The entire Democrat party needs to fucking hang now!", "It's time to end democracy.", and "This is the Reichstag Fire," (a reference to the 1933 arson attack that launched the Nazi party into power in Germany).

15. Narratives invoking civil war are also common on these platforms. These are generally used as rhetoric to express anger rather than as planning for activity (the January 6, 2021 attack on the Capitol being the main exception). Common posts include language like "TIME FOR SOME FUCKING CIVIL WAR FUCKING LOCK AND LOAD GENTLEMEN" and "If they try to kill ICE by defunding, MY MILITIA IS GONNA VOLUNTEER!!! Oooooorah!!![7]"

16. Research shows that frequent exposure to this kind of language normalizes it, desensitizes people to it, and makes people more likely to engage in it because it is seen as socially acceptable[8][9][10].

**Prevalence and Psychology of Conspiracy Theories on Social Media**

17. Conspiracy theories are also very common in far-right media. This includes social media platforms, discussion forums, and major right wing media personalities and shows, like Alex Jones and INFOWars.

18. Psychological research shows that there are two major theories that predict people's likelihood to believe in conspiracy theories: distrust in traditional sources of truth (experts, academics, government institutions) and poor misinformation processing skills[11].

---

[6] Tanfani, Parker, and Shiffman, Right-wing anger surges as Kirk's killing fuels calls for vengeance, available at: https://www.reuters.com/world/us/right-wing-anger-surges-kirks-killing-fuels-calls-vengeance-2025-09-12/.

[7] Jen Golbeck, Supreme Court Strikes Down Trump Tariffs: MAGAReport 2/20/26, available at: https://magareport.news/p/supreme-court-strikes-down-trump.

[8] Álvarez-Benjumea, A., & Winter, F. (2018). Normative change and culture of hate: An experiment in online environments. *European Sociological Review*, *34*(3), 223-237.

[9] Soral, W., Bilewicz, M., & Winiewski, M. (2018). Exposure to hate speech increases prejudice through desensitization. *Aggressive behavior*, *44*(2), 136-146.

[10] Shmargad, Y., Coe, K., Kenski, K., & Rains, S. A. (2022). Social norms and the dynamics of online incivility. *Social Science Computer Review*, *40*(3), 717-735.

[11] Pierre, J. M. (2020). Mistrust and misinformation: A two-component, socio-epistemic model of belief in conspiracy theories. *Journal of Social and Political Psychology*, *8*(2), 617-641.

19. Distrust in sources of truth, known as "epistemic mistrust" in the academic literature, arises from factors like having past trust violated, feelings of uncertainty or threat in the country, racism and xenophobia, and suspiciousness and paranoia[12].

20. Poor misinformation processing skills include things like poor analytical thinking and science illiteracy, but also a need for certainty and intolerance for ambiguity, a need to be unique / different from others, and confirmation bias[13].

21. Need for uniqueness is an important factor. This trait describes the desire to be smarter or more informed than others by discovering and holding unique knowledge[14]. Because experts in an area often have unique knowledge, someone who does not have expertise but who wants to feel "special" may engage with conspiracy theories because the alternative viewpoint allows them to feel like they have risen above those experts in their knowledge.

---

[12] Pierre, J. M. (2020). Mistrust and misinformation: A two-component, socio-epistemic model of belief in conspiracy theories. *Journal of Social and Political Psychology*, *8*(2), 617-641.
[13] Pierre, J. M. (2020). Mistrust and misinformation: A two-component, socio-epistemic model of belief in conspiracy theories. *Journal of Social and Political Psychology*, *8*(2), 617-641.
[14] Lantian, A., Muller, D., Nurra, C., & Douglas, K. M. (2017). I know things they don't know!. *Social psychology*.

## Appendix A: Example posts celebrating or encouraging the death of various government officials

**Derrick Evans**
@Evans4WV
Follow

**Merry Christmas!**



🧠🦷🫀🫁😇
@evilgirlboss

Replying to @baldguyfag

i m going to kill kamala harris

6:01 PM · Jan 14, 2022 · Twitter Web App

Mila Joy reposted

**Mila Joy**
@MilaLovesJoe

Follow

A former U.S. vice president receives Secret Service protection for up to six months after leaving office, as authorized by the Former Vice Presidents Protection Act of 2008.

Kamala only has SS protection until July 20, 2025.

Tick Tock, Kamala.

---

**Post**

**Shawn McDiarmid**
@Mcdiarmidshawn

Democrats are celebrating the death of Mr Kirk, why? They asked someone to do just that just like they did with president Trump. Why are they not in jail. Why hasn't anyone shot those big mouthed lieing Democrats. Someone should take out AOC and those Muslim assholes.

11:34 AM · Sep 12, 2025 · **31** Views

1

**Post**

**Defiant L's** @DefiantLs · Sep 10

Alleged Charlie Kirk shooter is being taken away...

x.com/RichBeeker/sta...

**Rate proposed Community Notes**

739 1.4K 9.8K 2M

**SquirallyZach**
@SquirallyZ

Someone take out aoc

4:03 PM · Sep 10, 2025 · **9** Views

**Post**

**Texas Redneck**
@RightalWave

He's trying turd. Is he a lefty? If not maybe he can take out AOC 🤣

11:26 PM · Aug 30, 2025 · **31** Views

1

← **Post**

**ray**🍓
@rqyvnn

if trump is dead can we get john wilkes booth to take out JD vance and get kamala on the mic

1:48 AM · Aug 30, 2025 · **840** Views

1 3

← **Post**

**MzMz01**
@MzedMzed

Joe Biden saying Joyland "doesn't justify" is killing me. Its 2 hours long and filled to the brim with subtext that you can only get on a rewatch. There isn't a SECOND wasted in the screenplay. I'm going insane. I'm literally feeling bloodlust. I need his head on a pike x.com/2gay2lift/stat...

This post is unavailable.

10:09 PM · Mar 15, 2024 · **149.6K** Views

**Post**

**jay hare**
@jayhare66

Send Fauci to Putin ! I guarantee he'll be held accountable, Putin wants to hang Fauci himself ! Leave it up to America he'll never see a moment of accountability, just like all the swamp leftist tyrants that's still free.

12:50 PM · Sep 25, 2025 · **16** Views

**Post**



**|X|**
@illumimen

Hang Iryna's killer
Hang fauci
Hang the pharma execs
Hang the cartel
Hang the traitors

1:03 AM · Sep 10, 2025 · **622** Views

3

← **Post**

***DIGITAL SOLDIER*** **-17💥🔫PEDO HUNT**
@pepejack17

HANG FAUCI 🥳🥳🥳🥳

> **Senator Rand Paul** @SenRandPaul · Sep 9
> Tomorrow, we’re dropping new evidence against Fauci. Stay tuned.

11:59 PM · Sep 9, 2025 · **48** Views

1

← **Post**

**MNDZEYE**
@mndzeyedotcom

Spread this video to the whole country. Maybe some of the liberals will understand now that they are the victims of a very devious con job. Bill gates needs to hang. Fauci needs to get the chair.




6:55 PM · Sep 9, 2025 · **4** Views

## Post

3 · 6 · 1.5K



**Teddyggg**
@TeddyGalla56359

Translate post

Hang Kamala too

4:23 PM · Sep 10, 2025 · **40** Views

## Post



**General Alcazar**
@keynesy

They should hang Kamala Harris if she refuses to certify her loss

3:39 AM · Oct 27, 2024 · **29** Views

1

← **Post**

**latentobserver**
@laten10b5erver

this is same indictment from Micheal Flynn's case. lets hang Biden first.

12:31 AM · Sep 26, 2025 · **26** Views

**Bruce Dean Hart**
@BruceDeanHart2

Well, on a positive note, more than likely we wont have to hang Biden for treason now. Cancer will take care of this evil man for us.

12:03 PM · May 19, 2025 · **6** Views

**Appendix B: Examples of posts with violent language from "Cross-Platform Violence Detection on Social Media: A Dataset and Analysis."**

- 🚨🚨🚨🚨 INACTION MUST STOP 🚨🚨🚨🚨OUR REPUBLIC HAS COLLAPSED. TWO ANTI-AMERICAN PEOPLE WERE VOTED INTO THE SENATE OF THE CCP. WE HAVE LOST OUR REPUBLIC. OUR FOUNDING FATHERS GAVE US THE POWER TO EITHER ALTER OR ABOLISH THE GOVERNMENT WHEN IT STARTS OPPRESSING THE GOVERNED. WE CAN FIGHT FOR OUR PRESIDENT DONALD J TRUMP BUT THE PROBLEM LIES NOW THAT WE HAVE LOST THE HOUSE AND THE SENATE. TO THE CORRUPT CCP AND GLOBAL ELITES THAT WANT TO ENSLAVE EVERY MEN WOMAN AND CHILD IN THIS NATION. PATRIOTS WE MUST ACT NOW WE MUST TAKE BACK OUR REPUBLIC THERE IS NO MORE TIME THE GOVERNMENT IS BROKE THE JUDICIAL SYSTEM IS BROKE IT IS NOW WE THE PEOPLE. WE THE PEOPLE ARE THE ONLY ONES THAT ARE GOING TO FIX THIS SITUATION. GOD BLESS ALL YOU PATRIOTS GOOD MEN WILL HAVE TO MAKE A CHOICE TO DO BAD THINGS TO PRESERVE THE FREEDOMS OF MANY GENERATIONS TO COME
- Then you can hang with the rest of the traitors, Roy!
- They can't stop what's coming!!! There's more of us than them. When absolutely necessary, take out the police as well!

- YES MR. PRESIDENT I KNOW AT THE RIGHT TIME YOU WILL DO IT FOR AMERICA PLEASE!INSURRECTION ACT IS GONNA CLEAN BOTH DEM-RINOS,LOCAL JUDGES,BIG TECH COMPANIES OUT FOR THEIR PART IN ELECTION FRAUD AN COUP!ALL DEEP-STATE TRAITORS AN THERE ARE MANY ARRESTED AN MILITARY TRIBUNAL TO PROSECUTE POLITICIANS,V.P IF TRUE TOO, JUSTICES ROBERTS,ECT.,CIA,FBI,CDC,HSS,FDA TREASONOUS AGENTS AN EVERY STATES OFFICIAL PARTICIPANTS AN BIDEN CHARGED WITH TREASON THRU MILITARY TRIBUNAL AN TRUMP STILL PRESIDENT!TILL ALL NEW ELECTION OR ALL LEGAL VOTES COUNTED AN ALL CONSPIRATORS W/DIMINION ELECTION TREASON AN COUP ARE JAILED OR HUNG!
- Patriots, New York voted in putting those THEY SAY IS SICK in Fema camps. This is the day we come together and we know what we have to do or not have a country or our freedom. It's time to gather your arms, your tanks, your tracks, your jets, your PT'S. We all know what we have, and we know we're one of the largest Armies in the world. And I tell you they have no idea what we have. Not even the US Army can defeat us, why. Because more than half will Join us. That leaves us with much military equipment to fight with and that Army working with us. Just like before. We got this and we are the STORM! No Mercy for these creeps because they had none for the old, the Young, and the brave they killed these past few months. Hooah! Please save yourselves with us all as a family & Band of Brothers & Sisters.
- Mother fuckers should be shot for terrorism. Trump should be arrested immediately

- Come out and organize us better @GenFlynn We have started it now we need command and controls to sustain this.Fuck the DC LOCK DOWN order..Police have a choice. Us or them 👍 👍 👍 👍 👍 🔥 !! 📢 Patriots have taken the House . Gather the documents that could show collusion. Go through the Politicians Chambers. Their offices contain evidence Of crimes against AmericaWe do this for a reason. #restoretherepublic 📢 !!!!@Name Hidden. Call the Insurrection ACT AND MARTIAL LAW... NOW. Do not let this great opportunity go to wasteBottom up top down it's their plan we can use it. Coward Piven for conservatives!!!!#stormthecapitol#arrestthetraitorsnow
- GET RID OF THESE COMMUNIST PIG, SENTENCE DEATH
- Fry his ass. Framing Patriots... human piece of garbage. Gen Pop please 🙏
- Time to round up all the traitors now.This has gone on long enough. Time to f__k these treasonous traitors up.
- rape and behead all cumskins
- I think at this point we need a WAR !!!!!! THEY ARE FUCKING UP EVERYTHING , We Need To KILL ALL THE EVIL 😠 Which Is all the democraps 💯 ☠️ 🌡️ We need WAR
- gahhh if only i had my own personal m249 ... it would be a wonderful day of fun .
- just like like if i see a neo-nazi i should be able to shoot them on the spot , because nazis are the enemy of america and her citizens . like my grandfather , a fellow retired marine and wwii vet would say , `` the only good nazi is a dead nazi . " happy veteran 's day . semper fi .
- Bullies should be publicly executed in front of their families and SOs

## Appendix C: Truth Social Posts from President Trump about Treason



**Donald J. Trump**
@realDonaldTrump

When the Fake News says that the Iranian enemy is doing well, Militarily, against us, it’s virtual TREASON in that it is such a false, and even preposterous, statement. They are aiding and abetting the enemy! All it does is give Iran false hope when none should exist. These are American cowards that are rooting against our Country. Iran had 159 ships in their Navy — Every single ship is now resting at the bottom of the sea. They have no Navy, their Air Force is gone, all Technology is gone, their “leaders” are no longer with us, and the Country is an Economic Disaster. Only Losers, Ingrates, and Fools are able to make a case against America! President DONALD J. TRUMP

**64** ReTruths **216** Likes 5/12/26, 04:24 pm

Donald J. Trump
@realDonaldTrump

The people and Media Outlets that keep harping on the fact that we have no ammunition (And they are 100% wrong!), are actually treasonous. They do it because they would rather see the United States LOSE a War that we're easily WINNING, than see me WIN! President DONALD J. TRUMP

**4.53k** ReTruths **17.9k** Likes Sep 03, 2026, 10:55 AM

a.

Donald J. Trump
@realDonaldTrump

The most gratifying loss last night was that of a real treasonous creep, Alexander Vindman, to a Radical Left Lunatic, who can't speak or think properly, and who will go down to certain defeat at the hands of Ashley Moody, a truly Fantastic Senator, from the Great State Florida. Vindman, if you remember, was the one who lied about my "Perfect Call" with President Zelenskyy of Ukraine, only to find out that the conversation was routinely recorded and proved that I was 100% in the right (Completely Innocent!). It was, indeed, a Perfect Call, and the Dumocrats Fake Impeachment effort massively failed. Vindman should be prosecuted for what he did! President Donald J. TRUMP

**8.27k** ReTruths **35.9k** Likes Aug 19, 2026, 10:31 AM

**Donald J. Trump**
@realDonaldTrump

For the treasonous SCUM that refuses to accurately report on our Military Operation in Iran, we have virtually unlimited amounts of Mid to High Grade Ammunition, far more than we could ever use for this, or for any other War (which is highly unlikely!), that could improbably take place. In addition, we are producing Munitions at levels never seen before. We are stockpiling and preparing for any contingency that could happen. We are taking them for ourselves, the U.S.A., rather than selling them to others, but the sales to Allies will soon again, begin. Also, please let it be known, that the Biden Administration gave far more Munitions away to Ukraine, at no cost to them, whatsoever, than we have used in Iran. Hundreds of Billions of Dollars was given to Ukraine and NATO, free of charge, that Europe would have paid for — If they were only asked, but we will be asking for that money, though somewhat belatedly! Thank you for your attention to this matter. President DONALD J. TRUMP

**8.38k** ReTruths **34.2k** Likes Sep 03, 2026, 10:56 AM

Sincerely,

JODI LINKER
Federal Public Defender

Northern District of California

/S
TAYLOR FATHERREE
Assistant Federal Public Defender

/S
JENNIFER GOLBECK

The defense reserves the right to supplement this notice as its investigation continues or in response to court orders. The defense also reserves the right to supplement this notice as the government discloses additional discovery and information about theories, evidence, and testimony, including expert testimony, that the government plans to introduce.