# Exhibit B

# Jennifer Golbeck

College of Information Studies
University of Maryland
College Park, MD 20742, USA
E-mail: jgolbeck@umd.edu

## 1 Personal Information

### 1.A University Appointments

| | |
|---|---|
| 8/2018–present | Professor, College of Information Studies<br>Affiliate Professor, Computer Science Department<br>Affiliate Professor, Merrill School of Journalism<br>University of Maryland (College Park, Maryland) |
| 8/2013–8/2018 | Associate Professor, College of Information Studies<br>University of Maryland (College Park, Maryland) |
| 8/2007–8/2013 | Assistant Professor, College of Information Studies<br>University of Maryland (College Park, Maryland) |

### 1.B Education

| | |
|---|---|
| 8/2001–5/2005 | University of Maryland (College Park, Maryland)<br>Doctor of Philosophy in Computer Science |
| 6/2022–5/2024 | Harvard University (Cambridge, Massachusetts)<br>MLA in Psychology |
| 9/1999–6/2001 | University of Chicago (Chicago, Illinois)<br>ScientiæMagister in Computer Science |
| 9/1995–6/1999 | University of Chicago (Chicago, Illinois)<br>Scientiæ Baccalaureus in Computer Science<br>Artium Baccalaureus in Economics |

## 1.C Academic Employment Background

| | |
|---|---|
| 6/2005–8/2007 | Faculty Research Associate<br>Institute for Advanced Computer Studies<br>Department of Computer Science<br>University of Maryland (College Park, Maryland) |
| 8/2006–12/2006 | Adjunct Lecturer<br>Computer Science Department<br>American University (Washington, DC) |
| 6/2005–9/2006 | Research Director<br>Joint Institute for Knowledge Discovery (JIKD)<br>University of Maryland (College Park, Maryland) |
| 8/2001–5/2005 | Research Assistant<br>Department of Computer Science<br>University of Maryland (College Park, Maryland) |
| 8/2001–5/2005 | Adjunct Lecturer<br>Computer Science Department<br>George Washington University (Washington, DC) |
| 6/2001–5/2003 | Adjunct Lecturer<br>Computer Science Department<br>Georgetown University (Washington, DC) |
| 5/2002–8/2002 | Adjunct Professor<br>Advanced Physics Lab<br>Johns Hopkins University (Laurel, Maryland) |
| 8/2001–12/2001 | Adjunct Lecturer<br>Computer Science Department<br>George Mason University (Fairfax, Virginia) |
| 6/2000–9/2000 | Visiting Graduate<br>Mathematics and Computer Science Division<br>Futures Laboratory<br>Argonne National Laboratory (Argonne, Illinois) |
| 6/1999–6/2001 | Lecturer<br>Computer Science Department<br>University of Chicago (Chicago, Illinois) |

# 2 Research, Scholarly, and Creative Activities

## 2.A Books

### 2.A.i Books Authored

B1. **Jennifer Golbeck and Stacey Colino**. 2023. The Purest Bond: Understanding the Human-Canine Connection. Simon & Schuster

B2. **Jennifer Golbeck**. 2015. Introduction to Social Media Investigation: A Hands On Approach. Syngress.

B3. **Jennifer Golbeck**. 2013. Analyzing the Social Web. Burlington, MA: Morgan Kaufmann.

B4. **Jennifer Golbeck**. 2008. Trust on the World Wide Web: A Survey. Hanover, MA: Now Publishers Inc.

B5. **Jennifer Golbeck**. 2005. Art Theory for Web Design. Boston, MA: Addison–Wesley.

### 2.A.ii Books Edited

B6. **Jennifer Golbeck (ed)**. 2018. Online Harassment, London, UK: Springer.

B7. **Jennifer Golbeck (ed)**. 2008. Computing with Social Trust, London, UK: Springer.

B8. K. Aberer, K.-S.Choi, N. Noy, D. Allemang, K.-I. Lee, L. Nixon, **Jennifer Golbeck**, P. Mika, D. Maynard, R. Mizoguchi, G. Schreiber, P. Cudré -Mauroux(Eds.) The Semantic Web – 6th International Semantic Web Conference, 2nd Asian Semantic Web Conference (proceedings), Lecture Notes in Computer Science, Vol. 4825, November 2007.

## 2.B Articles in Refereed Journals

J1. Henrique Pacini, Jennifer Golbeck, Kweku Attafuah-Wadee, and Elizabeth Dewar. Trade in scrap materials: Looking beyond plastics. *Sustainability*, 18(2):1017, 2026

J2. Jennifer Golbeck. Recommender system-induced eating disorder relapse: Harmful content and the challenges of responsible recommendation. *ACM Transactions on Intelligent Systems and Technology*, 2025

J3. Jennifer Golbeck. Misogynistic targeting of women in power predicts broader online harassment patterns. *Computational and Mathematical Organization Theory*, 1-11, 2024

J4. Jennifer Golbeck. "i was seeing her with my heart": Supernatural experiences and continuing bonds after the death of a dog. *Anthrozoos*, 2024

J5. Jennifer Golbeck. A dataset for the study of online radicalization through incel forum archives. *Journal of Quantitative Description: Digital Media*, 4, 2024

J6. Jennifer Golbeck. Benfords law applies to word frequency rank in english, german, french, spanish, and italian. *Plos one*, 18(9):e0291337, 2023

J7. Jennifer Golbeck. Photo aesthetics as a factor in trust and interest assessments. *First Monday*, May, 2023

J8. Dritjon Gruda, Dimitra Karanatsiou, Paul Hanges, Jennifer Golbeck, and Athena Vakali. Dont go chasing narcissists: A relational-based and multiverse perspective on leader narcissism and follower engagement using a machine learning approach. *Personality and Social Psychology Bulletin*, page 01461672221094976, 2022

J9. Dritjon Gruda, Dimitra Karanatsiou, Kanishka Mendhekar, Jennifer Golbeck, and Athena Vakali. I alone can fix it: Examining interactions between narcissistic leaders and anxious followers on twitter using a machine learning approach. *Journal of the Association for Information Science and Technology*, 72(11):1323–1336, 2021

J10. Shawn Bailey, Yue Zhang, Arti Ramesh, Jennifer Golbeck, and Lise Getoor. A structured and linguistic approach to understanding recovery and relapse in aa. *ACM Transactions on the Web (TWEB)*, 15(1):1–35, 2020

J11. Jennifer Golbeck. Optimizing for engagement can be harmful. there are alternatives. *IEEE Intelligent Systems*, 35(4):117–118, 2020

J12. Jennifer Golbeck. Benfords law can detect malicious social bots. *First Monday*, 2019

J13. Jennifer Golbeck, Brooke Auxier, Abigail Bickford, Lautaro Cabrera, Meaghan Conte McHugh, Stephani Moore, Jacquelyn Hart, Justin Resti, Anthony Rogers, and Jenna Zimmerman. Congressional twitter use revisited on the platform's 10-year anniversary. *Journal of the Association for Information Science and Technology*, 69(8):1067–1070, 2018

J14. Jennifer Golbeck. Data we trustbut what data? *Reference & User Services Quarterly*, 57(3):196–199, 2018

J15. Jennifer Golbeck, Summer Ash, and Nicole Cabrera. Hashtags as online communities with social support: A study of anti-sexism-in-science hashtag movements. *First Monday*, 2017

J16. Jennifer Golbeck, Jeff Gerhard, Farrah OColman, and Ryan OColman. Scaling up integrated structural and content-based network analysis. *Information Systems Frontiers*, 20:1191–1202, 2018

J17. Jennifer Golbeck. Predicting personality from social media text. *AIS Transactions on Replication Research*, 2(1):2, 2016

J18. Jennifer Golbeck and Carman Neustaedter. Environmental factors affecting where people geocache. *Future Internet*, 8(2):11, 2016

J19. Jennifer Golbeck and Matthew Louis Mauriello. User perception of facebook app data access: A comparison of methods and privacy concerns. *Future Internet*, 8(2):9, 2016

J20. Jennifer Golbeck. Negativity and anti-social attention seeking among narcissists on twitter: A linguistic analysis. *First Monday*, 2016

J21. Cody Buntain and Jennifer Golbeck. Trust transfer between contexts. *Journal of Trust Management*, 2(1):1–16, 2015

J22. Jennifer Golbeck. Benfords law applies to online social networks. *PloS one*, 10(8):e0135169, 2015

J23. Irene Eleta and Jennifer Golbeck. Multilingual use of twitter: Social networks at the language frontier. *Computers in Human Behavior*, 41:424–432, 2014

J24. Jennifer Golbeck and Derek Hansen. A method for computing political preference among twitter followers. *Social Networks*, 36:177–184, 2014

J25. Judith L Klavans, Rebecca LaPlante, and Jennifer Golbeck. Subject matter categorization of tags applied to digital images from art museums. *Journal of the Association for Information Science and Technology*, 65(1):3–12, 2014

J26. Awalin Sopan, Manuel Freier, Meirav Taieb-Maimon, Catherine Plaisant, Jennifer Golbeck, and Ben Shneiderman. Exploring data distributions: Visual design and evaluation. *International Journal of Human-Computer Interaction*, 29(2):77–95, 2013

J27. Jennifer Golbeck, Jes Koepfler, and Beth Emmerling. An experimental study of social tagging behavior and image content. *Journal of the American Society for Information Science and Technology*, 62(9):1750–1760, 2011

J28. Jennifer Golbeck. The more people i meet, the more i like my dog: A study of pet-oriented social networks on the web. *First Monday*, 2011

J29. Bo Xie, Ivan Watkins, Jennifer Golbeck, and Man Huang. Understanding and changing older adults' perceptions and learning of social media. *Educational gerontology*, 38(4):282–296, 2012

J30. Ugur Kuter and Jennifer Golbeck. Using probabilistic confidence models for trust inference in web-based social networks. *ACM Transactions on Internet Technology (TOIT)*, 10(2):1–23, 2010

J31. Jennifer Golbeck, Justin M Grimes, and Anthony Rogers. Twitter use by the us congress. *Journal of the American society for information science and technology*, 61(8):1612–1621, 2010

J32. Paul T Jaeger, Jennifer Golbeck, Allison Druin, and Kenneth R Fleischmann. The first workshop on the future of¡ school doctoral education: Issues, challenges, and aspirations. *Journal of Education for Library and Information Science*, pages 201–208, 2010

J33. Allison Druin, Paul T Jaeger, Jennifer Golbeck, Kenneth R Fleischmann, Jimmy Lin, Yan Qu, Ping Wang, and Bo Xie. The maryland modular method: An approach to doctoral education in information studies. *Journal of Education for Library and Information Science*, pages 293–301, 2009

J34. Jennifer Golbeck. Trust and nuanced profile similarity in online social networks. *ACM Transactions on the Web (TWEB)*, 3(4):1–33, 2009

J35. Jennifer Golbeck. Weaving a web of trust. *Science*, 321(5896):1640–1641, 2008

J36. James Hendler and Jennifer Golbeck. Metcalfe's law, web 2.0, and the semantic web. *Journal of Web Semantics*, 6(1):14–20, 2008

J37. Jennifer Golbeck. The dynamics of web-based social networks: Membership, relationships, and change. *First monday*, 2007

J38. Jennifer Golbeck and James Hendler. A semantic web approach to the provenance challenge. *Concurrency and Computation: Practice and Experience*, 20(5):431–439, 2008

J39. B. Ludascher, I. Altintas, R. S. Barga, S. Bowers, S. Callahan, G. Chin Jr., B. Clifford, S. Cohen, S. Cohen-Boulakia, S. Davidson, E. Deelman, L. Digiampietri, I. Foster, J. Freire, J. Frew, J. Futrelle, T. Gibson, Y. Gil, C. Goble, Jennifer Golbeck, P. Groth, D.A. Holland, S. Jiang, J. Kim, D. Koop, A. Krenek, T. McPhillips, G. Mehta, S. Miles, D. Metzger, S. Munroe, J. Myers, B. Plale, N. Podhorszki, V. Ratnakar, E. Santos, C. Scheidegger, K. Schuchardt, M. Seltzer, Y. L. Simmhan, C. Silva, P. Slaughter, E. Stephan, R. Stevens, D. Turi, H. Vo, M. Wilde, J. Zhao, and Y. Zhao. The first provenance challenge, 2008

J40. Cai-Nicolas Ziegler and Jennifer Golbeck. Investigating interactions of trust and interest similarity. *Decision support systems*, 43(2):460–475, 2007

J41. Richard J Williams, Neo D Martinez, and Jennifer Golbeck. Ontologies for ecoinformatics. *Journal of Web Semantics*, 4(4):237–242, 2006

J42. Jennifer Golbeck and James Hendler. Inferring binary trust relationships in web-based social networks. *ACM Transactions on Internet Technology (TOIT)*, 6(4):497–529, 2006

J43. Jennifer Golbeck and Bijan Parsia. Trust network-based filtering of aggregated claims. *International Journal of Metadata, Semantics and Ontologies*, 1(1):58–65, 2006

J44. Jennifer Golbeck. Semantic social networks for email filtering: A prototype and analysis. *AIS SIGSEMIS Bulletin*, 2(3&4):36–40, 2005

J45. Frank W Hartel, Sherri de Coronado, Robert Dionne, Gilberto Fragoso, and Jennifer Golbeck. Modeling a description logic vocabulary for cancer research. *Journal of biomedical informatics*, 38(2):114–129, 2005

J46. P Domingos, , P Mika, and A Nowak. Social networks and intelligent systems. *IEEE Intelligent Systems, Trends & Controversies*, 20(1), 2005

J47. Steffen Staab, Pedro Domingos, P Mike, Jennifer Golbeck, Li Ding, Tim Finin, Anupam Joshi, Andrzej Nowak, and Robin R Vallacher. Social networks applied. *IEEE Intelligent systems*, 20(1):80–93, 2005

J48. Aditya Kalyanpur, Jennifer Golbeck, Jay Banerjee, and James Hendler. Owl: Capturing semantic information using a standardized web ontology language. *Multilingual Computing & Technology Magazine*, 15(7), 2004

J49. Leslie E Chipman, Benjamin B Bederson, and Jennifer A Golbeck. Slidebar: analysis of a linear input device. *Behaviour & Information Technology*, 23(1):1–9, 2004

J50. Jennifer Golbeck, Gilberto Fragoso, Frank Hartel, Jim Hendler, Jim Oberthaler, and Bijan Parsia. The national cancer institute's thesaurus and ontology. *Journal of Web Semantics*, 2003

### 2.B.i Refereed conference proceedings

#### 2.B.i.1 Papers at Top-Tier Conferences [1]

C1. Jennifer Golbeck. Trolling and online sadism among trump and harris voters. In *International Conference on Social Computing, Behavioral-Cultural Modeling and Prediction and Behavior Representation in Modeling and Simulation*, pages 203–212. Springer, 2025

[1] Conferences with highly-selective acceptance rates and/or top reputations in their field.

C2. Jennifer Golbeck, Celia Chen, and Alex Leitch. why i took the blackpill: A thematic analysis of the radicalization process in incel communities. In *International Conference on Advances in Social Networks Analysis and Mining*, pages 59–66. Springer, 2025

C3. Celia Chen, Alex Leitch, William Jordan Conway, Eric Cotugno, Emily Klein, Rajesh Kumar Gnanasekaran, Kristin Buckstad Hamilton, Casi Sherman, Celia Sterrn, Logan C Stevens, et al. In bad faith: Assessing discussion quality on social media. In *International Conference on Advances in Social Networks Analysis and Mining*, pages 338–345. Springer, 2025

C4. William Jordan Conway Eric Cotugno Emily Klein Rajesh Kumar Gnanasekaran Kristin Buckstad Hamilton Casi Sherman Celia Sterrn Logan C. Stevens Rebecca Zarrella Celia Chen, Alex Leitch and Jennifer Golbeck. In bad faith: Assessing discussion quality on social media. In *Advances in Social Network Analysis and Mining (ASONAM) 2025*, 2025

C5. Celia Chen Jennifer Golbeck and Alex Leitch. ”why i took the blackpill”: A thematic analysis of the radicalization process in incel communities. In *Advances in Social Network Analysis and Mining (ASONAM) 2025*, 2025

C6. Celia Chen, Scotty Beland, Ingo Burghardt, Jill Byczek, William J. Conway, Eric Cotugno, Sadaf Davre, Megan Fletcher, Rajesh Kumar Gnanasekaran, Kristin Hamilton, Jordan Heustis, Allison Ingalls, Tanaya Jha, Emily Klein, Hayden Kramer, Alex Leitch, Jessica Perkins, Casi Sherman, Celia Sterrn, Logan Stevens, Rebecca Zarrella, and Jennifer Golbeck. Cross-platform violence detection on social media: A dataset and analysis. In *Proceedings of the ACM Conference on Web Science*, 2025

C7. Emily Klein and Jennifer Golbeck. An incel lexicon for the study of online radicalization and deradicalization. In *Proceedings of the ACM Conference on Web Science*, 2024

C8. Brooke E Auxier, Cody L Buntain, Paul Jaeger, Jennifer Golbeck, and Hernisa Kacorri. # handsoffmyada: A twitter response to the ada education and reform act. In *Proceedings of the 2019 CHI Conference on Human Factors in Computing Systems*, pages 1–12, 2019

C9. Jennifer Golbeck and Cody Buntain. This paper is about lexical propagation on twitter. h* ckin smart. 12/10. would accept! In *2018 IEEE/ACM International Conference on Advances in Social Networks Analysis and Mining (ASONAM)*, pages 587–590. IEEE, 2018

C10. Yue Zhang, Arti Ramesh, Jennifer Golbeck, Dhanya Sridhar, and Lise Getoor. A structured approach to understanding recovery and relapse in aa. In *Proceedings of the 2018 World Wide Web Conference*, pages 1205–1214, 2018

C11. Cody Buntain, Jennifer Golbeck, Brooke Liu, and Gary LaFree. Evaluating public response to the boston marathon bombing and other acts of terrorism through twitter. In *Proceedings of the international AAAI conference on web and social media*, volume 10, pages 555–558, 2016

C12. Peixin Gao, Hui Miao, John S Baras, and Jennifer Golbeck. Star: Semiring trust inference for trust-aware social recommenders. In *Proceedings of the 10th ACM conference on Recommender systems*, pages 301–308, 2016

C13. Kan-Leung Cheng, Inon Zuckerman, Dana Nau, and Jennifer Golbeck. Predicting agents' behavior by measuring their social preferences. In *ECAI 2014*, pages 985–986. IOS Press, 2014

C14. Tammar Shrot, Avi Rosenfeld, Jennifer Golbeck, and Sarit Kraus. Crisp: an interruption management algorithm based on collaborative filtering. In *Proceedings of the SIGCHI conference on human factors in computing systems*, pages 3035–3044, 2014

C15. Jennifer Golbeck and Eric Norris. Personality, movie preferences, and recommendations. In *Proceedings of the 2013 IEEE/ACM International Conference on Advances in Social Networks Analysis and Mining*, pages 1414–1415, 2013

C16. Bert Huang, Angelika Kimmig, Lise Getoor, and Jennifer Golbeck. A flexible framework for probabilistic models of social trust. In *Social Computing, Behavioral-Cultural Modeling and Prediction: 6th International Conference, SBP 2013, Washington, DC, USA, April 2-5, 2013. Proceedings 6*, pages 265–273. Springer Berlin Heidelberg, 2013

C17. Jennifer Golbeck and Carman Neustaedter. Pet video chat: monitoring and interacting with dogs over distance. In *CHI'12 Extended Abstracts on Human Factors in Computing Systems*, pages 211–220. 2012

C18. Jennifer Golbeck. The twitter mute button: a web filtering challenge. In *Proceedings of the SIGCHI Conference on Human Factors in Computing Systems*, pages 2755–2758, 2012

C19. Irene Eleta and Jennifer Golbeck. A study of multilingual social tagging of art images: cultural bridges and diversity. In *Proceedings of the ACM 2012 conference on computer supported cooperative work*, pages 695–704, 2012

C20. Kan-Leung Cheng, Inon Zuckerman, Dana Nau, and Jennifer Golbeck. The life game: Cognitive strategies for repeated stochastic games. In *2011 IEEE Third International Conference on Privacy, Security, Risk and Trust and 2011 IEEE Third International Conference on Social Computing*, pages 95–102. IEEE, 2011

C21. Nicholas Violi, Jennifer Golbeck, Kan-Leung Cheng, and Ugur Kuter. Caretaker: A social game for studying trust dynamics. In *2011 IEEE Third International Conference on Privacy, Security, Risk and Trust and 2011 IEEE Third International Conference on Social Computing*, pages 451–456. IEEE, 2011

C22. Jennifer Golbeck, Cristina Robles, and Karen Turner. Predicting personality with social media. In *CHI'11 extended abstracts on human factors in computing systems*, pages 253–262. 2011

C23. Kan-Leung Cheng, Ugur Kuter, and Jennifer Golbeck. Coevolving strategies in social-elimination games. In *2011 IEEE Third International Conference on Privacy, Security, Risk and Trust and 2011 IEEE Third International Conference on Social Computing*, pages 118–126. IEEE, 2011

C24. Thomas DuBois, Jennifer Golbeck, and Aravind Srinivasan. Network clustering approximation algorithm using one pass black box sampling. *arXiv preprint arXiv:1110.3563*, 2011

C25. Thomas DuBois, Jennifer Golbeck, and Aravind Srinivasan. Predicting trust and distrust in social networks. In *2011 IEEE third international conference on privacy, security, risk and trust and 2011 IEEE third international conference on social computing*, pages 418–424. IEEE, 2011

C26. Jennifer Golbeck and Derek Hansen. A method for computing political preference among twitter followers. *Social Networks*, 36:177–184, 2014

C27. Greg Walsh and Jennifer Golbeck. Curator: a game with a purpose for collection recommendation. In *Proceedings of the SIGCHI Conference on Human Factors in Computing Systems*, pages 2079–2082, 2010

C28. Manuel Freire, Catherine Plaisant, Ben Shneiderman, and Jennifer Golbeck. Manynets: an interface for multiple network analysis and visualization. In *Proceedings of the 28th international conference on Human factors in computing systems*, pages 213–222. ACM, 2010

C29. Ugur Kuter and Jennifer Golbeck. Semantic web service composition in social environments. In *The Semantic Web-ISWC 2009: 8th International Semantic Web Conference, ISWC 2009, Chantilly, VA, USA, October 25-29, 2009. Proceedings 8*, pages 344–358. Springer Berlin Heidelberg, 2009

C30. Thomas DuBois, Jennifer Golbeck, and Aravind Srinivasan. Rigorous probabilistic trust-inference with applications to clustering. In *2009 IEEE/WIC/ACM International Joint Conference on Web Intelligence and Intelligent Agent Technology*, volume 1, pages 655–658. IEEE, 2009

C31. Derek L Hansen and Jennifer Golbeck. Mixing it up: recommending collections of items. In *Proceedings of the SIGCHI Conference on Human Factors in Computing Systems*, pages 1217–1226, 2009

C32.

C33. Ugur Kuter and Jennifer Golbeck. Sunny: A new algorithm for trust inference in social networks using probabilistic confidence models. In *AAAI*, volume 7, pages 1377–1382, 2007

C34. Yarden Katz and Jennifer Golbeck. Social network-based trust in prioritized default logic. In *AAAI*, volume 6, pages 1345–1350, 2006

C35. Jennifer Golbeck and James Hendler. Inferring reputation on the semantic web. In *Proceedings of the 13th International World Wide Web Conference*, volume 316, 2004

C36. Jennifer Golbeck, Michael Grove, Bijan Parsia, Adtiya Kalyanpur, and James Hendler. New tools for the semantic web. In *Knowledge Engineering and Knowledge Management: Ontologies and the Semantic Web: 13th International Conference, EKAW 2002 Sigüenza, Spain, October 1–4, 2002 Proceedings 13*, pages 392–400. Springer Berlin Heidelberg, 2002

#### 2.B.i.2 Papers at Other Conferences

C37. Jeffrey Henrikson and Jennifer Golbeck (2024). Climate Change Memes from the Political Poles. *Proceedings of the 2024 International Conference on Social Computing, Behavioral-Cultural Modeling & Prediction and Behavior Representation in Modeling and Simulation (SBP-BRiMS) Working Paper Track*

C38. Celia Chen , Sagar Baraskar , Xin Chen , Keaunna Cleveland , Chhavi Kumar , David Loshin , Haritha Malladi , Abdirisak Mohamed , Fatema Motiwala , Michael Rakhamimov , Jacob Rominski , Apoorva Shridhar , Anshika Srivastava , Aaron M. Wilson , Jennifer Golbeck. (2024). Show Me the Curve: A Cross-Platform Thematic Analysis of Flat Earth Social Media Posts. *Proceedings of the 2024 International Conference on Social Computing, Behavioral-Cultural Modeling & Prediction and Behavior Representation in Modeling and Simulation (SBP-BRiMS) Working Paper Track.*

C39. **Jennifer Golbeck**. Misogyny, Women in Power, and Patterns of Social Media Harassment. *Proceedings of the 2023 International Conference on Social Computing, Behavioral-Cultural Modeling & Prediction and Behavior Representation in Modeling and Simulation (SBP-BRiMS)*, 10 pages. 2023

C40. **Jennifer Golbeck**, Niloofarsadat Alavi, Hannah K. Bako, Calvin Bao, Matthew Barzola, Corie Brown, Kristen M. Byers, Melissa Carraway, Keaunna Cleveland, Brandon Y. Feng, Shayna Foote, Petra Galukov, Auguste H. Gezalyan, Rajesh Kumar Gnanasekaran, Saeed Hadadan, Seyyedpooya Hekmatiathar, Jeffrey Henrikson, Karan D Kaur, Nikita Khatri, Nitzan Koren, Anna Lenhart, Ruiqi Li, Yannan Liu, Jennifer MacDonald, Gloria Nzeka, Neviya Prakash, Joanna Purich, Robin Reiss, Aayushi Roy, David Rudd, Anup Sathya, Nicole R Schneider, Hilary Szu Yin Shiue, Astha Singhal, John Sutton, Gabrielle Trilling, Amulya Velamakanni, Jacob Walter, Tory White, Gareth Thomas Williams, Zachary Wilton, Peratham Wiriyathammabhum, Mischa Wolfinger, Arthur Wu and Rachel Zehrung. Tweets and Social Network Data for Twitter Bot Analysis, *Proceedings of the 2021 International Conference on Social Computing, Behavioral-Cultural Modeling & Prediction and Behavior Representation in Modeling and Simulation (SBP-BRiMS) Working Paper Track*, 2021.

C41. Dritjon Gruda, Dimitra Karanatsiou, Paul Hanges, **Jennifer Golbeck**, Athena Vakali. "Leader Narcissism and Follower Engagement - A Machine Learning Approach" *81st Annual Meeting of the Academy of Management.* 2021

C42. **Jennifer Golbeck**. "Dogs Good, Trump Bad: The Impact of Social Media Content on Sense of Well-Being." *Proceedings of the 10th ACM Conference on Web Science.* ACM, 2019.

C43. Brooke Auxier, **Jennifer Golbeck**, Cody Buntain. Analyzing sentiment and themes in fitness influencers Twitter dialogue*Proceedings of the 2019 iConference. 2019*

C44. **Jennifer Golbeck**. Predicting Alcoholism Recovery from Twitter. *Proceedings of the 2018 International Conference on Social Computing, Behavioral-Cultural Modeling & Prediction and Behavior Representation in Modeling and Simulation (SBP-BRiMS)*, 10 pages. 2018

C45. Cody Buntain and **Jennifer Golbeck**. Automatically Identifying Fake News in Popular Twitter Threads. *Proceedings of The 2nd IEEE International Conference on Smart Cloud*, 10 pages. New York, NY, 2017 **Best Paper Award**

C46. **Jennifer Golbeck**. The Importance of Consent in User Comfort with Personalization. *Proceedings of the 9th International Conference on Social Informatics (SocInfo 2017)*, 10 pages. 2017

C47. Booke Auxier and **Jennifer Golbeck**. The President on Twitter: A Characterization Study of @realDonaldTrump. *Proceedings of the 9th International Conference on Social Informatics (SocInfo 2017)*, 10 pages. 2017

C48. **Jennifer Golbeck**.User Concerns with Personal Routers Used as Public Wi-fi Hotspots. *Proceedings of the IEEE 8th Annual Ubiquitous Computing, Electronics and Mobile Communication Conference (UEMCON)*, 8 pages. 2017

C49. **Jennifer Golbeck**, Zahra Ashktorab, Rashad O. Banjo, Alexandra Berlinger, Siddharth Bhagwan, Cody Buntain, Paul Cheakalos, Alicia A. Geller, Qunit Gregory, Rajesh Kumar Gnanasekaran, Raja Rajan Gunasekaran, Kelly M. Hoffman, Jenny Hottle, Vichita Jienjitlert, Shivika Khare, Ryan Lau, Marianna J. Martindale, Shalmali Naik, Heather L. Nixon, Piyush Ramachandran, Kristine M. Rogers, Lisa Rogers, Meghna Sardana Sarin, Gaurav Shahane, Jayanee Thanki, Priyanka Vengataraman, Zijian Wan and Derek Michael Wu. A Large Labeled Corpus for Online Harassment Research. *Proceedings of the 9th International ACM Web Science Conference*, pages 229-233. Troy, NY (2017)

C50. Zahra Ashktorab, Eben Haber, **Jennifer Golbeck** and Jessica Vitak. Beyond Cyberbullying: Self-Disclosure, Harm and Social Support on ASKfm *Proceedings of the 9th International ACM Web Science Conference*, pages 3-12.Troy, NY, 2017

C51. **Jennifer Golbeck**. Detecting Coping Style from Twitter, *Proceedings of the 8th International Conference on Social Informatics (SocInfo 2016)*, 10 pages. 2016

C52. **Jennifer Golbeck**. User Privacy Concerns with Common Data Used in Recommender Systems, *Proceedings of the 8th International Conference on Social Informatics (SocInfo 2016)*, 9 pages. 2016

C53. Cody Buntain, Jimmy Lin, and **Jennifer Golbeck**, Learning to Discover Key Moments in Social Media Streams, in *Proceedings of the IEEE Consumer Communications and Networking Conference*, 10 pages. 2016.

C54. Gao, Peixin, John S. Baras, and Jennifer Golbeck. Semiring-based trust evaluation for information fusion in social network services. *Information Fusion (Fusion), 2015*, pages 590-596. 2015.

C55. Buntain, Cody, **Jennifer Golbeck**, and Gary LaFree. Powers and problems of integrating social media data with public health and safety. *Bloomberg Data for Good Exchange*, 8 pages. New York, NY, USA (2015).

C56. Ashktorab, Zahra, S Kumar, S De, **J Golbeck**. iAnon: Leveraging social network big data to mitigate behavioral symptoms of cyberbullying. *iConference 2014 (Social Media Expo)*, 4 pages. 2014.

C57. Cody Buntain and **Jennifer Golbeck**. Identifying social roles in reddit using network structure. *Proceedings of the 23rd international conference on World Wide Web Companion Volume*, pages 615-620. 2014.

C58. Greg Walsh and **Jennifer Golbeck**. 2014. StepCity: a preliminary investigation of a personal informatics-based social game on behavior change. In *CHI '14 Extended Abstracts on Human Factors in Computing Systems (CHI EA '14)*. ACM, New York, NY, USA, 2371-2376.

C59. Sibel Adali and **Jennifer Golbeck**. Predicting personality with social behavior. In *2012 IEEE/ACM International Conference on Advances in Social Networks Analysis and Mining,* 8 pages. August 2012, Istanbul, Turkey.

C60. Buntain,Cody, **Jennifer Golbeck**, Dana Nau, and Sarit Kraus. Advice and Trust in Games of Choice. In *Tenth Annual Conference on Privacy, Security and Trust*, 2 pages. July 2012, Paris, France.

C61. **Jennifer Golbeck**, Hal Warren, and Eva Winer. Making trusted attribute assertions online with the publish trust framework. In *Tenth Annual Conference on Privacy, Security and Trust*, 2 pages. July 2012, Paris, France.

C62. David Yates and **Jennifer Golbeck**. Is facebook appropriate for the classroom? a comparison of student and faculty perspectives. In *Proceedings of the Euro-American Conference for Academic Disciplines and Creativity*, 27 pages. June 2012, Prague, Czech Republic. (Outstanding Research Presentation).

C63. **Jennifer Golbeck**. STEM initiatives for improved communication skills in the zombie apocalypse. In *Proceedings of the 2012 ACM Conference on Human Factors in Computing Systems Extended Abstracts*, pages 1425–1426. May 2012, Austin, TX.

C64. **Jennifer Golbeck** and Carman Neustaedter. Pet video chat: monitoring and interacting with dogs over distance. In *Proceedings of the 2012 ACM Conference on Human Factors in Computing Systems Extended Abstracts*, pages 1425–1426. May 2012, Austin, TX.

C65. **Jennifer Golbeck**, Cristina Robles, Karen Turner Predicting Personality with Social Media. *Proceedings of alt.chi, ACM Conference on Human Factors in Computing (CHI 2011)*, pages 253–262. April 2011, Vancouver, Canada.

C66. James Michaelis, **Jennifer Golbeck**, James Hendler Leveraging the Semantic Web to Enable Content Mashup For End Users. *Proceedings of HCI International 2011*, 10 pages. July 2011, Orlando, Florida.

C67. **Jennifer Golbeck**, Kenneth Fleischmann. Trust in Social Q &A: The Impact of Text and Photo Cues of Expertise. *Proceedings of ASIST 2010*, pages 1–10. October 2010, Pittsburgh, Pennsylvania.

C68. Klavans, Judith, **Jennifer Golbeck**. Integrating Multiple Computational Techniques for Improving Image Access: Applications to Digital Collections. *Proceedings of the 2010 Grace Hopper Conference*, 5 pages. September 2010, Atalanta, Georgia.

C69. Dana Rotman, **Jennifer Golbeck**, Jennifer Preece. The Community is Where the Rapport Is: On Sense and Structure in the YouTube Community. *2009 Communities & Technologies Conference*, pages 41–50. June, 2009. University Park, Pennsylvania.

C70. **Jennifer Golbeck**. On the Internet, Everybody Knows You're a Dog: The Human-Pet Relationship in Online Social Networks. *ACM Conference on Human Factors in Computing Systems Extended Abstracts,* pages 4495-4500. April 2009, Boston, Massachusetts.

C71. **Jennifer Golbeck**, Michael Wasser. SocialBrowsing: Integrating Social Networks into Web Browsing. *ACM Conference on Human Factors in Computing Systems Extended Abstracts,* pages 2381–2386. April 2007, San Jose, California.

C72. Aaron Mannes, **Jennifer Golbeck**. Ontology Building: A Terrorism Specialist's Perspective. *Proceedings of the IEEE Aerospace Conference,* 5 pages. March 2007, Big Sky, Montana.

C73. Aaron Mannes, **Jennifer Golbeck**. Building a Semantic Web Portal for Counterterror Analysis. *Proceedings of the IEEE Aerospace Conference*, 5 pages. March 2007, Big Sky, Montana.

C74. **Jennifer Golbeck**, Computing with Trust: Definition, Properties, and Algorithms. *Proceedings of International Conference on Security and Privacy in Communication Networks*, pages 1-7. August 2006, Baltimore, Maryland.

C75. **Jennifer Golbeck**. Generating Predictive Movie Recommendations from Trust in Social Networks. *Proceedings of the Fourth International Conference on Trust Management*, pages 93–104. May 2006, Pisa, Italy.

C76. **Jennifer Golbeck**, James Hendler. FilmTrust: Movie recommendations using trust in web-based social networks. *Proceedings of the IEEE Consumer Communications and Networking Conference,* pages 497–529. January 2006, Las Vegas, Nevada.

C77. **Jennifer Golbeck**, Bernardo Cuenca Grau, Christian Halaschek-Wiener, Aditya Kalyanpur, Yarden Katz, Bijan Parsia, Andrew Schain, Evren Sirin, and James Hendler. Semantic web research trends and directions. *Proceedings of the First international Conference on Pattern Recognition and Machine Intelligence, PReMI. 2005*, pages 160-169. December 2005, Kolkata, India.

C78. **Jennifer Golbeck**, James Hendler. Accuracy of Metrics for Inferring Trust and Reputation in Semantic Web-based Social Networks, *Proceedings of 14th International Conference on Knowledge Engineering and Knowledge Management,* pages 116–131. October 2004, Northamptonshire, UK.

C79. **Jennifer Golbeck**, James Hendler. Reputation Network Analysis for Email Filtering. *Proceedings of the First Conference on Email and Anti-Spam,* pages 54–58. July 2004, Mountain View, California.

C80. **Jennifer Golbeck**, Bijan Parsia, James Hendler. Trust Networks on the Semantic Web, *Proceedings of Cooperative Information Agents,* pages 238–249. August 2003, Helsinki, Finland.

C81. Mutton, Paul and **Jennifer Golbeck**. Visualization of Semantic Metadata and Ontologies, *Proceedings of Information Visualization,* pages 300–305. July 2003, London, UK.

C82. Kalyanpur, Aditya and **Jennifer Golbeck** and Michael Grove and Jim Hendler. 2002. An RDF Editor and Portal for the Semantic Web, *Proceedings of Semantic Authoring, Annotation & Knowledge Markup (ECAI 2002),* 4 pages. July 2002, Lyon, France.

C83. **Jennifer Golbeck**. Evolving Strategies for the Prisoner's Dilemma, *Advances in Intelligent Systems, Fuzzy Systems, and Evolutionary Computation,* pages 299–306. February 2002, Interlaken, Switzerland.

### 2.B.iii Chapters in Books

BC1. **Jennifer Golbeck**. 2024. "Grief and Resilience after the Death of a Dog". in Cultivating Systemic Resilience, Christie Eppler and Raquel Martin (eds.)

BC2. **Jennifer Golbeck**. 2017. "Social Networking" in Wiley Handbook of Human-Computer Interaction, Kent Norman (ed.). Sterling.

BC3. **Jennifer Golbeck**. 2015. "The Force of Relationships: Tie Strength in Star Wars" in Star Wars Psychology: Dark Side of the Mind, Travis Langley (ed.). Sterling.

BC4. **Jennifer Golbeck**. 2015. "Who Needs an Untrustworthy Doctor? Maslow's Hierarchy of Needs" in The Walking Dead Psychology: Psych of the Living Dead, Travis Langley (ed.). Sterling.

BC5. Ziegler, Cai-Nicolas, and **Jennifer Golbeck**. "Models for Trust Inference in Social Networks." Propagation Phenomena in Real World Networks. Springer International Publishing, 2015. 53-89.

BC6. **Jennifer Golbeck**, Ugur Kuter. 2008. "The Ripple Effect: Change in Trust and Its Impact over a Social Network" in Computing with Social Trust. **Jennifer Golbeck** (ed.). Springer.

BC7. **Jennifer Golbeck**, Aaron Mannes, James Hendler, 2006. "Semantic Web Technologies for Terrorist Network Analysis," in Emergent Information Technologies and Enabling Policies for Counter Terrorism. Robert Popp and John Yen (eds). Wiley-IEEE Press.

BC8. **Jennifer Golbeck** and Paul Mutton, 2005. "Spring-embedded Graph Visualizations of Semantic Metadata and Ontologies," in Visualizing the Semantic Web, 2nd Ed, Vladimir Geroimenko, Chaomei Chen (eds.). Springer Verlag.

BC9. **Jennifer Golbeck**, 2004. "IRC with ChatZilla" in Paul Mutton, IRC Hacks, 2004. O'Reilly Associates: Cambridge, MA.

BC10. **Jennifer Golbeck**, 2004. "IRC in Mac OS X" in Paul Mutton, IRC Hacks, 2004. O'Reilly Associates: Cambridge, MA.

BC11. **Jennifer Golbeck**, 2004. "Getting Friendly with FOAFBot" in Paul Mutton, IRC Hacks, 2004. O'Reilly Associates: Cambridge, MA.

BC12. **Jennifer Golbeck**, 2004. "Interrogate Trust Networks with TrustBot" in Paul Mutton, IRC Hacks, 2004. O'Reilly Associates: Cambridge, MA.

BC13. **Jennifer Golbeck**, 2004. "Check the Weather" in Paul Mutton, IRC Hacks, 2004. O'Reilly Associates: Cambridge, MA.

BC14. **Jennifer Golbeck**, 2004. "Convert Currency" in Paul Mutton, IRC Hacks, 2004. O'Reilly Associates: Cambridge, MA.

BC15. **Jennifer Golbeck**, 2004. "Don't Get Lost in Translation" in Paul Mutton, IRC Hacks, 2004. O'Reilly Associates: Cambridge, MA.

BC16. **Jennifer Golbeck**, 2004. "IRC: Chatrooms for Hackers" in Rael Dornfest and James Duncan Davidson, OS X Panther Hacks, 2004. O'Reilly Associates: Cambridge, MA.

BC17. **Jennifer Golbeck**, Amy Alford, Ron Alford, James Hendler, 2004. "Organization and Structure of Information using Semantic Web Technologies," in Handbook of Human Factors in Web Design, Robert W. Proctor and Kim-Phuong L. Vu (eds.). Lawrence Erlbaum Associates, NJ.

## 2.C Monographs, Reports, and Extension Publications

R1. **Jennifer Golbeck**. Computing and Applying Trust in Web-based Social Networks, Ph.D. Thesis, University of Maryland, College Park, 2005.

R2. **Jennifer Golbeck**. Genetic Algorithms for Strategic Optimization. Master's Thesis, University of Chicago, 2001.

## 2.D Book Reviews, Other Articles, and Notes

O1. "Digital Spaces and Their Perils'
Science, September 2022

O2. "Off the Edge: Flat Earthers, Conspiracy Culture, and Why People Will Believe Anything"
Science, February 2022

O3. "Breaking the Social Media Prism: How to Make Our Platforms Less Polarizing"
Science, April 2021

O4. "In real life: a Review of Laurence Scott's The Four-Dimensional Human Ways of Being in the Digital World"
Science, August 12, 2016

O5. "Data Meets Design: a Review of Judith Donath's The Social Machine"
Science, January 15, 2015

O6. "The Live-Tweeted Prostitution Sting Was a Total Bust, and Not in a Good Way"
Slate, May 7, 2014

O7. "What a Toilet Hoax Can Tell Us About the Future of Surveillance, on The Atlantic"
The Atlantic, April 29, 2014

O8. "Google Tweaked How It Displays Search Results. Here's How to Change It Back"
Slate, March 14, 2014 Slate, January 1, 2014

O9. "Beacon, ShopKick: Privacy Policies for location-tracking apps aren't clear enough"
Slate January 28, 2014

O10. "Facebook Cleansing: How to delete all of your account activity"
Slate, January 1, 2014

O11. "Facebook self-censorship: What happens to the posts you don't publish"
Slate, December 13, 2013

O12. "Lovely Spam! Wonderful Spam! (book review of Spam A Shadow History of the Internet)"
Science: Vol. 340 no. 6137 p. 1171, 7 June 2013

## 2.E Talks, Abstracts, and Other Professional Papers Presented

### 2.E.i Invited Talks: Keynote (and Similar) Addresses

#### 2.E.i.1 Academic Keynotes

T1. Panetta Institute for Public Policy, 2024

T2. TEDxMidAtlantic, 2024

T3. Women in Tech Expo, 2024

T4. University of Texas MD Anderson, 2023

T5. M.D. Anderson Physicians Network, 2023

T6. University of Birmingham, 2023

T7. University of Florida , 2023

T8. Department of Defense, 2023

T9. Worcester Economic Club, 2022

T10. Quantic School of Business and Technology, 2022

T11. Baltimore Sun, 2022

T12. TEDxMarin, 2021

T13. University of Southern California, 2021

T14. Women in RecSys, Keynote Address, 2021

T15. National Science Foundation, Pandemic Research for Preparedness & Resilience , 2021

T16. TEDxYouth Austin, 2020

T17. University of Adelaide, 2020

T18. Stellenbosch University, South Africa, 2020

T19. Big Ten Plus, 2019

T20. Global Policy Institute, 2019

T21. Girls E-Mentorship Innovation, 2019

T22. SPEAENCE, 2019

T23. American Association of Colleges of Osteopathic Medicine, 2019

T24. International Semantic Web Conference (ISWC), 2018

T25. ACM Conference on Intelligent User Interfaces (IUI), 2018

T26. International Conference on Social Informatics, 2017

T27. Alan Turing Institute, 2017

T28. ACM Conference on User Modeling, Adaptation and Personalization, 2017

T29. 9th International ACM Web Science Conference, 2017

T30. AAAI 2013 Fall Symposium Series, 2013

T31. Conference on Social Computing and Its Applications, 2013

T32. Haverford College Distinguished Visitors Program, and Fantastic Lectures in Computer Science Series, 2009

T33. SONIC and NICO Lecture Series, Northwestern University, 2008

T34. International Sunbelt Social Networking Conference (Sunbelt XXVIII), 2008

T35. FermiLab Colloquium Lecture, 2006

T36. Second International Workshop on the Value of Security through Collaboration, 2006

#### 2.E.i.2 Non-Academic Keynotes

T37. UMB (2024)

T38. California and Nevada Credit Union League (2024)

T39. Catalyst Corporate Credit Union (2024)

T40. Total Solutions (2024)

T41. Foley & Lardner (2024)

T42. Cooperative Credit Union Association (2024)

T43. America's Credit Unions (2024)

T44. Professional Liability Underwriting Association (2024)

T45. MD—DC Credit Union Association (2023)

T46. HSBC (2023)

T47. American Council of Life Insurers (2023)

T48. American Gaming Systems (2023)

T49. Northern California Power Agency (2023)

T50. Alliance for Cooperative Energy Services (2023)

T51. Mechanical Contractors Association of Maryland (2023)

T52. NLIT Society (2023)

T53. Manufacturers Association of Plastics Processors (2023)

T54. ClassLink (2023)

T55. VisitPay (2023)

T56. Baltimore Sun's Women to Watch, Baltimore, MD (October 2022)

T57. National Association of Corporate Directors, Washington, DC (October 2022)

T58. LL Global, Orlando, FL (June 2022)

T59. Customer Strategy Alliance, virtual (May 2022)

T60. Worcester Economic Club, Worcester, MA (March 2022)

T61. TEDxMarin, virtual (September 2021)

T62. TEDxYouth, Austin, TX (February 8, 2020)

T63. Texas REALTORS Winter Meeting, Austin, TX (February 7, 2020)

T64. National Association of Independent Life Brokerage Agencies Annual Conference, Gaylord, TX (November 8, 2019)

T65. Deloitte TMT Industry Forum Phoenix, AZ (October 14, 2019)

T66. SPEAENCE f/s/t EDAILY, Seoul, South Korea (October 10, 2019)

T67. CIBC Wood Gundy Eastern Institutional Investor Conference, Montreal,Quebec (September 25, 2019)

T68. Florida Realtor Annual Convention, Orlando, FL (August 22, 2019)

T69. 2019 Odessa Event, Philadelphia, PA (August 13, 2019)

T70. National Association of Realtors Real Estate Broker Event, Portland, OR (June 27, 2019)

T71. American Society of Association Executives Marketing, Membership & Communications Conference, Washington, DC (June 07, 2019)

T72. Big Ten Plus , College Park, MD (June 18, 2019)

T73. CIBC Wood Gundy 2019 Presidents Council Conference, Boston, MA (May 27, 2019)

T74. J.P. Morgan Chase CTC Academy LIVE, Jersey City, NJ (May 23, 2019)

T75. Fidelity Benefits Symposium, Scottsdale, AZ (May 21, 2019)

T76. Girls E-Mentorship Innovation, Toronto, Ontario (May 7, 2019)

T77. J.P. Morgan Chase CTC Academy LIVE, Wilmington, Delaware (May 2, 2019)

T78. American Association of Colleges of Osteopathic Medicine Annual Meeting, Washington, DC (April 12, 2019)

T79. J.P. Morgan Chase CTC Academy LIVE, Houston, TX (April 10, 2019)

T80. National Association of Realtors 2019 REALTORS Broker Summit, Austin, TX (April 3, 2019)

T81. J.P. Morgan Chase CTC Academy LIVE, Columbus, OH (March 21, 2019)

T82. CGI Group Momentum Day, Arlington, VA (December 12, 2018)

T83. John Hancock Financial , Boston, MA (November 15, 2018)

T84. National Association of Personal Financial Advisors (NAPFA) , Philadelphia, PA (October 16, 2018)

T85. J.P. Morgan Chase CTC Academy LIVE, New York, NY (September 27, 2018)

T86. Morgan Stanley, New York, NY (September 26, 2018)

T87. Association of Washington Business Policy Summit, Seattle, WA (September 19, 2018)

T88. Financial Industry Regulatory Authority (FINRA), Rockville, MD (September 12, 2018)

T89. National Association of REALTORS Broker's Edge, Hollywood, FL (August 28, 2018)

T90. Raddon CEO Forum, Newport Coast, CA (August 7, 2018)

T91. J.P. Morgan Chase CTC Academy LIVE, Tampa, FL (July 18, 2018)

T92. FSI Forum, Las Vegas, NV (June 19, 2018)

T93. Deloitte TMT Event 2018, San Carlos, CA (May 28, 2018)

T94. T. Rowe Price Forum, Amelia Island, FL (May 8-9, 2018)

T95. LESI 2018 Annual Conference, San Diego, CA (May 1, 2018)

T96. Institutional Investor Conferences, Chicago, IL (April 18, 2018)

T97. AAA/CAA Eastern Conference, Palm Beach, FL (March 26, 2018)

T98. CASE Drive Conference, Bellevue, WA (February 27, 2018)

T99. Cetera Premier Client Division Meeting, Dallas, TX (November 9, 2017)

T100. Raddon Research Conference, Chicago, IL (November 6, 2017)

T101. 21st Annual Healthcare Internet Conference, Austin, TX (October 24, 2017)

T102. Wisconsin Governor's Cyber Security Summit, Madison, WI (October 16, 2017)

T103. Campus Technology Conference, Chicago, IL (July 18, 2017)

T104. Florida Public Pension Trustee Conference, Orlando, FL (June 28, 2017)

T105. Financial Technology Forum, Chicago, IL (June 15, 2017)

T106. National Association of Insurance Commissioners Conference, Kansas City, MO (May 24, 2017)

T107. FedEx Security Awareness Meeting, Grapevine, TX (April 18, 2017)

T108. Association of Home Office Underwriters Annual Meeting, San Diego, CA (April 3, 2017)

T109. Wisconsin Governor's Conference on Tourism (Keynote), Milwaukee, WI (March 15, 2017)

T110. Meeting Professionals International Conference (Keynote), Washington, DC (February 23, 2017)

T111. Virginia Foundation for the Humanities edUi Conference, Charlottesville, VA (October 27, 2016)

T112. Association for Financial Professionals Conference (Keynote), Orlando, FL (October 24, 2016)

T113. State Library Resource Center Conference, Baltimore, MD (October 19, 2016)

T114. Food Marketing Institute (Keynote), Tucson, AZ (March 16, 2016)

T115. FedEx Cybersecurity Month (Keynote), Memphis, TN (October 4, 2016)

T116. ZS Commercial Operations, Analytics & Technology Leadership Summit (Keynote), Philadelphia, PA (September 29, 2016)

T117. Northrop Grumman Leadership of the Communications Organization, Washington, DC (June 17, 2016)

T118. ISC2 SecureGov Conference (Keynote), Washington, DC (May 19, 2016)

T119. ICI Mutual Insurance 2016 Annual Risk Management Confernece, New Orleans, LA (April 7, 2016)

T120. Alliance for Continuing Education in the Health Professions Annual Conference, Dallas, TX (January 14, 2015)

T121. Choice Hotels Owners Council (Keynote), Orlando, FL (February 4, 2016)

T122. Maryland Association of Public Library Administrators Annual Meeting (Keynote), Ellicott City, MD (January 28, 2016)

T123. HIMSS Privacy Forum (Keynote), Boston, MA (December 1, 2015)

T124. Learning 2015 (Keynote), Orlando, FL (November 2, 2015)

T125. Time Warner Security Summit (Keynote), Santa Monica, CA (September 10, 2015)

T126. Talent Acquisition Program Management Conference (Keynote), Reston, VA (August 19, 2015)

T127. Ingram Micro Vantage Denver (Keynote), Denver, CO (August 18, 2015)

T128. Association of Executive Search Consultants (Keynote), New York, NY (April 15, 2015)

T129. Ingram Micro Vantage Kansas City, Kansas City, MO (February 16, 2015)

T130. Alliance for Continuing Education in the Health Professions (Keynote), Dallas, TX (January 14, 2014)

T131. University Professional and Continuing Education Association (Keynote), Atlanta, GA (November 11, 2014)

T132. Baltimore Data Day, Federal Reserve Bank of Richmond (Keynote), Baltimore, MD (July 11, 2013)

T133. Data Science DC, Washington, DC (March 28, 2013)

#### 2.E.i.5 Papers at Refereed Workshops

W1. **Jennifer Golbeck** and Simon Li. A Dataset and Analysis of Bias. *The Who Are You?! Adventures in Authentication Workshop (WAY 2020)*, 2020

W2. **Jennifer Golbeck**. Improving Emotional Well-Being on Social Media with Collaborative Filtering. *Personalisation and Community*, 2020.

W3. Abigail Bickford, Cody Buntain, **Jennifer Golbeck**, Sean Mussenden, Pal Doshi, Shiyun Chen, Tracy Zeeger, Sydney Vaile, Rebecca L Annis, Pushkar Deshpande, Jency Francis, Ruchira Kapoor, Gwen Hambright, Himanshu Sawant, Etienne Nadeau, Shivam Saith, Naveen Krishnamurthi, Xinyun Zhang. 2018. Identifying Stance in Controversial Topics Through Textual, Social, and Emotional Dimensions. *Proceedings of the 2018 Beyond Online Data workshop at the International Conference on Weblogs and Social Media.*

W4. Auxier, Brooke, and **Jennifer Golbeck**. The Challenge of Personal Attribute Preferences in Recommending Diverse, Reliable News Sources. *CIKM Workshops.* 2018.

W5. Cody Buntain, Erin McGrath, **Jennifer Golbeck**, and Gary LaFree, Comparing Social Media and Traditional Surveys Around the Boston Marathon Bombing, in *6th Workshop on Making Sense of Microposts (#Microposts2016)*, 2016.

W6. Belov, Nadya, J Schlachter, C Buntain, **J. Golbeck**. Computational trust assessment of open media data. *2013 IEEE International Conference on Multimedia and Expo Workshops (ICMEW), .* IEEE, 2013.

W7. **Jennifer Golbeck**, Thameem Khan, Nilay Sanghavi and Nishita Thakker. Multiple Personalities on the Web: A Study of Shared Mboxes in FOAF. *Proceedings of the 2009 Workshop on Social Data on the Web,* 12 pages. October 2009, Washington, DC.

W8. Thomas DuBois, **Jennifer Golbeck**, John Kleint, Aravind Srinivasan. Improving Recommendation Accuracy by Clustering Social Neworks with Trust. *Proceedings of the ACM RecSys 2009 Workshop on Recommender Systems and the Social Web,* 8 pages. October 2009, New York, New York.

W9. Audun Josang, **Jennifer Golbeck**, Challenges for robust trust and reputation systems. *Proceedings of the 5th International Workshop on Security and Trust Management.* 12 pages. August, 2009, Saint Malo, France.

W10. Elena Zheleva, **Jennifer Golbeck**, Lise Getoor, Ugur Kuter. Using Friendship Ties and Family Circles for Link Prediction. *SNA-KDD Workshop on Social Network Mining and Analysis*, pages 97-113. August 2008, Las Vegas, Nevada.

W11. V. Shiv Naga Prasad, Behjat Siddiquie, **Jennifer Golbeck**, and Larry S. Davis. Classifying Computer Generated Charts. *In Proceedings of the Workshop on Content Based Multimedia Indexing*, pages 85-92. June 2007, Bordeaux, France.

W12. **Jennifer Golbeck**, Aaron Mannes. Using Trust and Provenance for Content Filtering on the Semantic Web. *Proceedings of the Workshop on Models of Trust on the Web,* 9 pages. May 2006, Edinburgh, UK.

W13. Christian Halaschek-Wiener, **Jennifer Golbeck**, Bijan Parsia, Vladimir Kolovski, and Jim Hendler. Image browsing and natural language paraphrases of semantic web annotations. *First International Workshop on Semantic Web Annotations for Multimedia (SWAMM)*, 12 pages. May 2006, Edinburgh, UK.

W14. Christian Halaschek-Wiener, **Jennifer Golbeck**, Andrew Schain, Michael Grove, Bijan Parsia, and Jim Hendler. Annotation and provenance tracking in semantic web photo libraries. *Proceedings of the International Provenance and Annotation Workshop*, pages 82–89. May 2006, Chicago, Illinois.

W15. **Jennifer Golbeck**. Combining Provenance with Trust in Social Networks for Semantic Web Content Filtering. *Proceedings of the International Provenance and Annotation Workshop*, pages 101–108. May 2006, Chicago, Illinois.

W16. Yarden Katz and **Jennifer Golbeck**. Nonmonotonic Reasoning with Web-Based Social Networks. *Proceedings of the Workshop on Reasoning on the Web,* pages 469–475. May 2006, Edinburgh, UK.

W17. Aaron Mannes, **Jennifer Golbeck**, James Hendler. Semantic Web and Target-Centric Intelligence: Building Flexible Systems that Foster Collaboration. *Proceedings of Workshop Intelligent User Interfaces for Intelligence Analysis,* 4 pages. January 2006, Sydney, Australia.

W18. **Jennifer Golbeck**. Semantic Web Interaction through Trust Network Recommender Systems. *End User Semantic Web Interaction Workshop*, pages 327–339. November 2005, Sanibel Island, Florida.

W19. **Jennifer Golbeck**. Personalizing Applications through Integration of Inferred Trust Values in Semantic Web-Based Social Networks. *Semantic Network Analysis Workshop,* pages 1005–1018. November 2005, Sanibel Island, Florida.

W20. Bijan Parsia, Taowei Wang, and **Jennifer Golbeck**. Visualizing Web Ontologies with CropCircles. *End User Semantic Web Interaction Workshop,* pages 1–8. November 2005, Sanibel Island, Florida.

W21. Christian Halaschek-Wiener, Andrew Schain, **Jennifer Golbeck**, Michael Grove, Bijan Parsia, Jim Hendler. A flexible approach for managing digital images on the semantic web. *5th International Workshop on Knowledge Markup and Semantic Annotation*, pages 49–58. November 2005, Galway, Ireland.

W22. Kalyanpur, Aditya, Nada Hashmi, **Jennifer Golbeck**, Bijan Parsia. Lifecycle of a Casual Web Ontology Development Process. *Proceedings of the Workshop on Application Design, Development and Implementation Issues in the Semantic Web,* 8 pages. May 2004, New York, New York.

W23. **Jennifer Golbeck**, Paul Mutton, Semantic Web Interaction on Internet Relay Chat, *Proceedings of Interaction Design on the Semantic Web,* 5 pages. May 2004, New York, New York.

#### 2.E.i.6 Refereed Posters[2]

P1. Brooke Auxier and **Jennifer Golbeck**. Analyzing topic and stance in fake news stories. *2019 iConference*, 2019.

P2. Cody Buntain, **Jennifer Golbeck**, B. Auxier, B. G. Assefa, K. Boyd, K. M. Byers, G. Chawla, D. Chen, B. J Analyzing a Fake News Authorship Network. *2019 iConference*, 2019.

P3. Cody Buntain and **Jennifer Golbeck**, Brooke Liu, Gary LaFree. Evaluating Public Response to the Boston Marathon Bombing and Other Acts of Terrorism Through Twitter. *International Conference on Weblogs and Social Media (ICWSM)*, April 2016, Cologne, Germany.

P4. Marina Cascaes Cardoso, Elizabeth Warrick, **Jennifer Golbeck**, Jenny Preece. Motivational Impact of Facebook Posts on Environmental Communities. *The 19th ACM conference on Computer-Supported Cooperative Work and Social Computing (CSCW'16)*, March 2016, San Francisco, CA.

P5. Irena Eleta and **Jennifer Golbeck**. Bridging Languages in Social Networks: How Multilingual Users of Twitter Connect Language Communities?, *ASIS&T 2012 Annual Meeting*, October 2012, Baltimore, Maryland.

[2] Peer-reviewed poster presentations, typically accompanied by short descriptions in associated proceedings.

P6. Bert Huang and Angelika Kimmigand Lise Getoor and **Jennifer Golbeck**. Probabilistic Soft Logic for Trust Analysis in Social Networks, *International Workshop on Statistical Relational AI*. August 2012, Catalina Island, CA.

P7. Cristina Robles, **Jennifer Golbeck**. Facebook Relationships in the Workplace. *Proceedings of CompleNet 2012*. March 2012, Marathon, Florida.

P8. Judith L. Klavans, Susan Chun, **Jennifer Golbeck**, Dagobert Soergel, Robert Stein, Ed Bachta, Rebecca LaPlante, Kate Mayo, John Kleint. Language and Image: T3 = Text, Tags, and Trust. *2009 Digital Humanities Conference*. July 2009, College Park, Maryland.

P9. **Jennifer Golbeck**, Jeanne Kramer-Smyth. Visualizing Archival Collections with ArchivesZ. *Proceedings of the 2009 Digital Humanities Conference*, July 2009, College Park, Maryland.

P10. Praveen Paruchuri, Preetam Maloor, Bob Pokorny, Aaron Mannes, **Jennifer Golbeck**. Cultural Modeling in a Game-Theoretic Framework, *AAAI Fall Symposium on Adaptive Agents in Cultural Contexts*. November 2008, Washington, DC.

P11. Wu, P. F., Qu, Y., Fleischmann, K., **Golbeck, J.**, Jaeger, P., Preece, J., & Shneiderman, B. Designing a Community-Based Emergency Communication System: Requirements and Implications. *Annual Meeting of the American Society for Information Science and Technology (ASIS&T 2008)*. October 2008, Columbus, OH.

P12. **Jennifer Golbeck**, FilmTrust: Movie Recommendations from Semantic Web-based Social Networks. *IEEE Consumer Communications and Networking Conference*. January 2006, Las Vegas, Nevada.

P13. **Jennifer Golbeck**, FilmTrust: Movie Recommendations from Semantic Web-based Social Networks. *International Semantic Web Conference*. November 2005, Galway, Ireland

P14. Halaschek-Wiener, Christian , Jennifer Golbeck, Andrew Schain, Michael Grove, Bijan Parsia, Jim HendlerPhotostuff-an image annotation tool for the semantic web. *Proceedings of the Poster Track, 4th International Semantic Web Conference*. November 2005, Galway, Ireland.

P15. Pin Xu, Lyubov Remennik, N. Rao Thotakura, **Jennifer Golbeck**, Liju Fan. Prototype development of an immunology ontology that integrates multiple biomedical ontologies. *7th International Protege Conference*. July 2004, Washington, DC.

P16. **Jennifer Golbeck**, Bijan Parsia, James Hendler. Trust Networks on the Semantic Web. *Twelfth International World Wide Web Conference*, May 2003, Budapest, Hungary.

P17. **Jennifer Golbeck**, Ron Alford, Ross Baker, Mike Grove, Jim Hendler, Aditya Kalyanpur, Amy Loomis, Ron Reck. Semantic Web Tools from MINDSWAP. *1st Annual International Semantic Web Conference*, June 2002, Sardinia, Italy.

## 2.I Contracts and Grants

### 2.I.i Current and Past Awards

G1. **co-PI**: Semantic Foundations and Formal Methods for Evolutionary System-of-System Architectures

Sponsor: DoD Minerva
Total Award: $990,000
Duration: 2023-2026

G2. **PI**: HCC: Small: Assessing Radicalization and Deradicalization Online
Sponsor: National Science Foundation
Total Award: $278,837
Duration: 2023-2026

G3. **PI**: The Incel Phenomenon: A Study of Radicalization and Violence
Sponsor: University of Maryland New Directions Catalyst Fund
Total Award: $48,381
Duration: 2023-2024

G4. **PI**: E-VERIFY: STTR: PACT: Personalized Account and Community management Tool
Sponsor: Naval Air Warfare Center
Total Award: $72,000
Duration: 2021

G5. **co-PI**: Food & Agricultural Assurance &; Supply Chains Testbed (FAAST)
Sponsor: DARPA
Total Award: $2,000,000
Duration: 2021

G6. **PI**, "Advanced Data Science"
Sponsor: National Security Agency
Total Award Amount: $149,999
Duration: September 2018 - August 2019

G7. **co-PI**, "INSPIRE Track 2: Computational Modeling of Grievance and Political Instability Through Global Media"
Sponsor: NSF
Total Award Amount: $2,266,183
Duration: September 2014 - August 2018

G8. **co-PI**, "Science of Security Lablet"
Sponsor: National Security Agency
Total Award Amount: $4,737,089
Duration: September 2014 - March 2017

G9. **PI**, "EAGER: Automated Content-Based Detection of Online Harassment"
Sponsor: NSF
Total Award Amount: $150,000
Duration: July 2015 - December 2016

G10. **Collaborator**, "NIDA NEWS: A New Paradigm for Drug Early Warning Systems
Sponsor: NIH-National Institute on Drug Abuse

Total Award Amount: $855,389 Duration: July 2014 - August 2016

G11. **UMD PI**, "Trust in Crowds"
Sponsor: Office of Naval Research
Total Award Amount: $1,238,752.00
Duration: February 2012 – January 2015

G12. **UMD co-PI**, "E-VERIFY: Learning and Predicting Ties in Social Networks"
UMD PI: Aravind Srinivasan, UMD co-PI: Lise Getoor
Sponsor: IARPA
Total Award Amount: $13,360,000
Duration: July 2012 – June 2015

G13. **PI**, "Center for Network Science"
Sponsor: Army Research Office
Total Award Amount: $157,000,000
Duration: September 2009 – August 2014

G14. **UMD PI**, "Semantic Web Informatics for Species in Space and Time"
Sponsor: National Science Foundation
Total Award Amount: $1,502,798
Duration: January 2010 – January 2013

G15. **PI**, "Behavior Network Diagrams"
co-PI: Ugur Kuter
Sponsor: National Geospatial Intelligence Agency
Award Amount: $750,000
Duration: September 2009 – August 2012

G16. **Co-PI**, "T3: Text, Tagging and Trust to Improve Image Access for Museums and Libraries"
PI: Judith Klavans
Sponsor: Institute for Museum and Library Services
Award Amount: $996,750
Duration: September 2008 – August 2011

G17. **PI**, "EAGER: Understanding Social Behavior in Real-Time Strategy Games"
co-PI: Ugur Kuter
Sponsor: National Science Foundation
Award Amount: $196,199
Duration: September 2009 – August 2011

G18. **PI**, "Grant for Workshop on Social Trust Computing"
Sponsor: Army Research Office
Award Amount: $25,000
Duration: July 2010 – July 2011

G19. **PI** "Rigorous Probabilistic Trust-inference with Applications to Social Network Analysis"
Sponsor: Army Research Office
Award Amount: $50,000
Duration: July 2010 – April 2011

G20. **co-PI**, "Expertise@Maryland University of Maryland"
PI: Doug Oard
Sponsor: University of Maryland, Office of the Vice President for Research
Award Amount: $88,000
Duration: September 2007 – May 2009

G21. **co-PI**, "Workshop on Doctoral Education in the iSchools"
PI: Allison Druin, co-PI: Paul T. Jaeger
Sponsor: National Science Foundation
Award Amount: $45,000
Duration: April 2008 – June 2008

G22. **PI**, "A Graphical Game Theoretic Asymmetric Tactic and Strategy Generation for Simulation and Training"
Sponsor: Office of Naval Research
Award Amount: $30,000
Duration: July 2007 – February 2008

G23. **PI**, "ArchivesZ: Visualizing Archival Collections"
Sponsor: National Endowment for the Humanities
Award Amount: $14,050
Duration: September 2008 – August 2009

G24. **PI**, "Trust in Open Networks"
Sponsor: DARPA
Total Award Amount: $284,589
Duration: January 2009 – September 2009

G25. **PI**, "Email Filtering with Trust"
Sponsor: Samsung Telecom America
Award Amount: $100,000
Duration: December 2008 – November 2009

## 2.J Fellowships, Prizes, and Awards

- Anthrozos 2024 Most Popular Paper (2025)
- DC FemTech Awards (2019)
- ACM Distinguished Member (2018)
- ACM Distinguished Speaker (2017-2020)
- 2015 University of Maryland Research Communication Award
- 2014 University System of Maryland Board of Regents Mentoring Award
- TED Most Powerful Talks of 2014
- 2011 IEEE Conference on Social Computing Best Paper Award
- 2009 International Semantic Web Conference Best Paper Award
- Research Fellow, Web Science Research Initiative (2008 – present)
- IEEE Intelligent Systems Ten to Watch (May 2006)
- 2005 DARPA IPTO Young Investigator (May 2005)

## 2.K Editorships, Editorial Boards, and Reviewing Activities for Journals and Other Learned Publications

### 2.K.i Editorial Boards

- Editorial Board, IEEE Intelligent Systems (2017 - 2021)
- Editorial Board, Data Science
- Editorial Committee, Journal of Web Semantics – Special Issue "Exploring New Interaction Designs Made Possible by the Semantic Web"
- Guest Editor, Security & Privacy Magazine, Special Issue on "Security in Social Networks"

### 2.K.ii Conference Chair Positions

- co-General Chair, **RecSys 2022**: Conference on Recommender Systems
- co-Workshops Chair, **RecSys 2021**: Conference on Recommender Systems
- Organizer, **Workshop on Online Harassment** at CHI2017
- Program co-chair, **RecSys 2015**: Conference on Recommender Systems
- Fellowships Chair, **ISWC 2012**: 11th International Semantic Web Conference
- Fellowships Chair, **ISWC 2011**: 10th International Semantic Web Conference
- Tutorials Co-chair, Program Committee Vice Chair, **ISWC 2009**: 8th International Semantic Web Conference
- Co-organizer, **SWUI 2009**: Semantic Web User Interactions: Exploring HCI Challenges Workshop at ISWC 2009.
- Co-organizer, Workshop on Social Technology for Biodiversity: Motivation, Credibility & Community, 2008
- Co-organizer, **SWUI 2008**: Semantic Web User Interactions: Exploring HCI Challenges Workshop at CHI'08
- Semantic Web Challenge Co-chair, **ISWC 2007**: 6th International Semantic Web Conference
- Semantic Web Challenge Co-chair, **ASWC 2007**: 2nd Asian Semantic Web Conference
- Co-organizer, Helping Users Make Sense of Social Networks: A Workshop, 2007
- Proceedings Chair, **ISWC 2006**: 5th International Semantic Web Conference
- Co-organizer, Workshop on Trust, Security, and Reputation on the Semantic Web, 2006
- Organizer, Developers Day Trust on the Web Track, **WWW 2005**: 13th International World Wide Web Conference

### 2.K.iii Reviewing: Journals

- ACM Transactions on Privacy: 2016(1)
- PLOS ONE: 2016 (1)
- ACM Transactions on Intelligent Systems: 2012 (2), 2016 (1)
- Foundations and Trends in Information Retrieval: 2015 (1)
- ACM Transactions on Computer-Human Interaction: 2014 (1)
- Foundations and Trends in Human Computer Interaction: 2013 (1)
- ACM Transactions on the Web: 2008 (2), 2009(1), 2012 (1), 2013 (1)
- Foundations and Trends in Web Science: 2012 (1)
- IEEE Security & Privacy: 2012(1)
- ACM Computing Surveys: 2012 (1)
- ACM Transactions on Internet Technology: 2009 (1)
- ACM Transactions on Multimedia Computing, Communications, and Applications: 2009 (1)

- Behaviour and Information Technology: 2008 (1)
- Artificial Intelligence: 2008 (1)
- European Journal of Operational Research: 2007 (1)
- Foundations and Trends in Information Retrieval: 2015 (1)
- Foundations and Trends in Web Science: 2013 (1),
- International Journal of Human Computer Studies: 2008 (1)
- International Journal on Semantic Web and Information Systems: 2007 (1)
- Journal of the American Society for Information Science and Technology: 2010 (1), 2011 (1), 2012 (1)
- Journal of Web Semantics: 2006 (1), 2007 (3), 2008 (1), 2012 (2)
- Policy & Internet: 2012 (1)

### 2.K.iv Reviewing: Top-Tier Conferences

- **DIS**: ACM Conference on Designing Interactive Systems, Reviewer 2017
- **RecSys**: ACM Conference on Recommender Systems, Senior Program Committee 2010-2018
- **WWW**: International World Wide Web Conference, Senior Program Committee, 2016-2018; Program Committee 2006-2015
- **CSCW**: Computer Supported Cooperative Work, Program Committee 2008, 201-2018
- **CHI**: ACM Conference on Human Factors in Computing, Reviewer / Program Committee 2009-2018
- **AAAI**: AAAI Conference on Artificial Intelligence, Senior Program Committee 2011, 2012, 2013; Program Committee 2006-2010
- **IJCAI**, International Joint Conference on Artificial Intelligence, Program Committee 2009
- **ISWC**: International Semantic Web Conference, Senior Program Committee 2009, 2010, 2011, 2012, Program Committee 2008
- **KDD**: Conference on Knowledge Discovery and Data Mining, Senior Program Committee 2010
- **GROUP**: Conference on Supporting Group Work, Program Committee 2009
- **IJCAI**: International Joint Conferences on Artificial Intelligence, Program Committee 2009

### 2.K.v Reviewing: Other Venues

- **SocInfo**: Social Informatics, 2016-2018
- **FATREC**: FATREC Workshop on Responsible Recommendation at RecSys 2017
- **ASONAM**: IEEE/ACM International Conference on Advances in Social Networks Analysis and Mining, 2013
- **PST**: Eleventh International Conference on Privacy, Security and Trust, 2013
- **IFIPTM**: International Conference on Trust Management, Program Committee 2009, 2010, 2011, 2012
- **IEA-AIE**: Engineering Knowledge and Semantic Systems, Program Committee 2011
- **SSW**: AAAI Symposium on the Social Semantic Web, Program Committee: 2009
- **WebSci**: Web Science Conference: Society On-Line International Semantic Web Conference, Program Committee 2008
- **BlogTalk**: International Conference on Social Software, Program Committee 2008
- **PST**: Conference on Privacy, Security and Trust, Program Committee 2008
- **SAC**: ACM Symposium on Applied Computing, Program Committee 2008, 2005
- **CoSoSo**: International Conference on Social Software, Program Committee 2008

- **IUI**: Intelligent User Interfaces Conference, Program Committee 2008
- **CEAS**: Conference on Email and Anti-Spam, Program Committee 2007
- **CIKM**: Conference on Information and Knowledge Management, Program Committee 2007
- **CAT**: Context Awareness and Trust, Program Committee 2007
- **Policy**: IEEE Policy, Program Committee 2007
- **SWC**: Semantic Web Challenge, Program Committee 2007
- **SCCSW**: Social and Collaborative Construction of Structured Knowledge Workshop, Program Committee 2007
- **SWCKA**: AAAI Fall Symposium on Semantic Web for Collaborative Knowledge Acquisition, Program Committee 2006
- **EKAW**: International Conference on Knowledge Engineering and Knowledge Management, Program Committee 2006
- **SECOVAL**: The Value of Security through Collaboration Workshop, Program Committee 2005, 2006.
- **SWUI**: Semantic Web User Interaction Workshop, Program Committee 2006
- **OWLED**: OWL Experiences and Directions, Program Committee 2006
- **SPTWS**: Workshop on Security, Privacy, and Trust in Web Services, Program Committee 2006
- **MTW**: Models of Trust Workshop, Program Committee 2006
- **OWLED**: OWL: Experiences and Directions Workshop, Program Committee 2005
- **FOAF**: Workshop on Friend of a Friend, Social Networking, and the Semantic Web, Program Committee 2004
- **SWUI**: First International Workshop on Interaction Design and the Semantic Web, Program Committee 2004
- **VIKE**: Visualizing Information in Knowledge Engineering (VIKE), Program Committee 2003

## 2.L Other

### 2.L.i External Talks (see section 2.E.i for keynote and similar talks)

- 'Avoiding Dystopia'
  MIT CSAIL HCI Seminar
  Cambridge, MD (November 9, 2018)
- "Monster or Savior: Can Artificial Intelligence Go Rogue?"
  AAAS Annual Meeting
  Austin, TX (February 16, 2018)
- "Maximizing Value from Social Media"
  Microsoft CEO Summit
  Redmond, WA (May 17, 2017)
- "Algorithms That Find Your Secrets & Predict Your Future"
  X-STEM Extreme STEM Symposium USA Science & Engineering Festival
  Washington, DC (April 28, 2017)
- "The Curly Fry Conundrum"
  Gore Creek Asset Management Family University
  Key Largo, FL (April 7, 2017)
- "Foretold Futures from Digital Footprints: Artificial Intelligence, Behavior Prediction, and Privacy"
  University of Pittsburgh Big Data Science Colloquium

Pittsburgh, PA (March 24, 2017)

- “Algorithmic Servants or Algorithmic Tyranny: Living With a Predicted Future”
  University of Tennessee
  Knoxville, TN (February 27, 2017)
- “Footprints in the Digital Dust: How Your Online Behavior Says More Than You Think”
  Washington & Lee University Mudd Center for Ethics
  Lexington, VA (February 2, 2017)
- “Leveraging Social Data and Analytics”
  Raytheon One Conference
  Orlando, FL (November 3, 2016)
- “The Business Power of Analytics”
  Raytheon Senior Leadership Team Meeting
  Sea Island, GA (October 28, 2016)
- “The Human Side of Cybersecurity”
  Salesforce Press Pause Speaker Series
  San Francisco, CA (October 25, 2016)
- “The Curly Fry Conundrum” and “Diamond Heists and Trust”
  Nuclear Regulatory Commission HACK 2016 Conference
  Rockville, MD (October 19, 2016)
- “The Curly Fry Conundrum”
  Microsoft Global CIO Summit
  Redmond, WA (September 21, 2016)
- “Big Social Data”
  EnFuse 2016 - Guidance Software Annual Conference
  Las Vegas, NV (May 25, 2016)
- “The Power of Social Analytics”
  Microsoft Global Accounts Summit
  Washington, DC (April 27, 2016)
- “Big Social Data”
  Canadian Media Directors’ Council
  Toronto, ON Canada (April 26, 2016)
- “The Insights of Social Analytics”
  HR People + Strategy Annual Conference
  Scottsdale, AZ (April 12, 2016)
- “Computing with Social Media”
  Intel Science Talent Search
  Washington, DC (October 17, 2015)
- “Gaining Insights with Social Analytics”
  Marketing Research Association Corporate Researchers Conference
  St. Louis, MO (October 7, 2015)
- “Big Social Data”
  2015 American Nurses Credentialing Center Research Symposium
  Atlanta, GA (October 6, 2015)
- “Role of Social Media in Delivering High Quality Innovative Education”
  Merck Professional Affairs Meeting
  Chantilly, VA (October 1, 2015)
- “Big Social Data”
  Dairy Queen Supply Chain Summit

Cambridge, MD (September 23, 2015)
- “The Curly Fry Conundrum”
  Marketing Research Association Insights & Strategies Conference
  San Diego, CA (June 4, 2015)
- ”Big Social Data”
  GS1’s Connect 2015
  Austin, TX (June 3, 2015)
- “Social Media Investigation”
  Twin Cities Security Partnership
  Minneapolis, MN (May 20, 2015)
- “Computing with Social Data”
  Coastal Carolina University Speaker Series
  Myrtle Beach, SC (April 28, 2015)
- “Insights from Big Social Data”
  Association of Executive Search Consultants Global Conference
  New York, NY (April 15, 2015)
- “The Curly Fry Conundrum”
  WBL Foundation Summit
  Dallas, TX (March 18, 2015)
- “Predicting User Attributes in Social Media ”
  Society 2013
  State College, PA (May 9, 2013)
- “Generational Computing and Social Media”
  Department of Defense Deep Dive on Obesity
  Portsmouth, VA (August 19, 2012)
- “Information Sharing in Social Networks”
  FBI Lookout Group Meeting
  Dallas, TX (August 14, 2012)
- “Social Networks and HCI Research”
  National Reconnaissance Office
  Chantilly, VA (March 15, 2012)
- “Information Sharing in Social Networks”
  Potomac Valley Chapter (PVC) of the American Society of Information Science and Technology
  Washington, DC (April 10, 2012)
- “Computing Trust and Personality in Social Networks”
  Aberdeen Proving Ground Network Science Meeting
  Aberdeen, MD (March 5, 2012)
- “Managing Content With Trust’
  Professional & Scholarly Publishers 2012 Annual Conference
  Washington, DC (February 2, 2012)
- “Information Sharing in Social Networks”
  FBI Lookout Group Meeting
  Dallas, TX (January 9, 2012)
- “From Open Data to Open Worlds: The Power of the Semantic Web” World Bank Information Management Technology Group Forum
  Washington, DC (December 8, 2011)
- “Information Sharing in Social Networks”

FBI Headquarters – Counterintelligence Division All-hands Meeting
Washington, DC (November 17, 2011)

- "Predicting Personality from Social Media"
  FBI Counterintelligence Behavioral Analysis Unit
  Quantico, VA (November 1, 2011)
- "Computing with Social Trust"
  Army Research Lab Seminar Series
  Adelphi, MD (December 8, 2010)
- "Computing with Social Trust"
  Aberdeen Proving Ground CTA Seminar
  Aberdeen, MD (November 16, 2010)
- "Personality Traits and Facebook Profiles"
  Social and Cognitive Network Academic Research Center Seminar Series
  Rensselaer Polytechnic Institute, Troy, NY (April 18, 2010)
- "Social Recommender Systems on the Semantic Web"
  National Archives Semantic Web Myth and Fact
  Washington, DC (November 17, 2009)
- "Social Software in Digital Libraries and Archives"
  Online Computer Library Center (OCLC)
  Arlington, VA (November 5, 2009)
- "Tutorial on Using Social Trust for Recommender Systems"
  ACM Conference on Recommender Systems (RecSys '09)
  New York, New York (October 22, 2009)
- "Recommender Systems, Social Trust, and Television Applications"
  StreamSage (a division of Comcast)
  Washington, DC (September 9, 2009)
- "Social Networks on the Semantic Web"
  Microsoft Research Faculty Summit
  Redmond, Washington (July 28, 2008)
- "Understanding Social Networks"
  The 25th Annual Human-Computer Interaction Lab Symposium
  College Park, Maryland (May 29, 2008)
- "Social Networks and Intelligent Systems: Using Relationships for Information Access"
  University of Illinois Urbana-Champaign HCI Seminar
  Urbana, Illinois (February 29, 2008)
- "Social Networks and the Semantic Web"
  Invited talk at Rensselaer Polytechnic Institute
  Troy, New York (February 4, 2008)
- "Recommending Movies with Social Networks"
  Streamsage / Comcast
  Washington, DC (November 2007)
- "Social Information Access: Connecting Distributed Information and People on the Web"
  Presentations with similar titles and content given in the following venues
  - Northeastern University College of Computer and Information Science
    Boston, Massachusetts (February 2007)
  - University of Maryland College of Information Studies
    College Park, Maryland (February 2007)

  - Drexel College of Information Science and Technology
    Philadelphia, Pennsylvania (April 2007)

- "Analysis and Applications of Web-based Social Networks"
  University of Illinois at Urbana-Champaign Age of Networks: Social, Cultural, and Technological Connections Speaker Series
  Urbana, Illinois (January 22 2007)
- "Provenance Challenge: A Semantic Web Approach"
  Global Grid Forum – GGF18/GridWorld
  Washington, DC (September 13 2006)
- "The Other Kind of Networking: Social Networks on the Web"
  Duke University (March 2006)
- Web-based Social Network Analysis for Socially Intelligent Applications"
  University of Illinois at Chicago (November 2005)
- "Trust in Social Networks"
  National Security Agency's Knowledge Discovery Research Colloquium
  Ft. Meade, Maryland (August 2005)
- "Connections, Computation, and Cinema"
  Presentations with similar titles and content given in the following venues
  - University of Georgia, March 2005.
  - MIT Media Lab, March 2005.
- "Inferring Trust in Web-based Social Networks"
  National Security Agency
  Ft. Meade, Maryland (February 2005)
- "Trust on the Semantic Web"
  Thirteenth Annual World Wide Web Conference Developers Day
  New York, New York (May 2004)
- "The Semantic Web as a Complex System"
  International Conference on Complex Systems
  Boston, Massachusetts (May 2004)
- "Metadata Visualization Challenges"
  NASA Goddard Semantic Web Interest Group
  Greenbelt, Maryland (November 2003)
- "Semantic Web: Structure and Modeling"
  Half-day workshop at the Howard University
  Washington, DC (June 2003)
- "Putting Time into Cognitive Systems: From Real-Time Operating Systems to Information Dynamics"
  Virtual Worlds and Simulation Conference
  Orlando, Florida (January 2003)
- "Tools on the Semantic Web"
  Half-day workshop at the Howard University
  Washington, DC (November2002)
- "Small Worlds on the Semantic Web"
  Science on the Semantic Web (SWS) Workshop
  Boston, Massachusetts (October 2002)
- "Evolving Strategies for the Prisoner's Dilemma"

13th International Conference on Game Theory
Stony Brook, New York (July 2002)

- "Semantic Web Do-It-Yourself: Tools for Generating RDF Content"
  NASA Goddard Semantic Web Interest Group
  Greenbelt, Maryland (April 2002)

### 2.L.ii Internal Talks

- "Big Social Data"
  3rd Annual Administrative Professionals Conference
  College Park, MD (July 27, 2018)
- "Big Social Data"
  Big 10 Counseling Conference
  College Park, MD (February 23, 2018)
- "The Curly Fry Conundrum"
  Counseling Center's Research and Development Series
  College Park, MD (March 29, 2017)
- "The Power of Big Social Data"
  Engineering and Physical Sciences Library STEAM Salon
  College Park, Maryland (March 15, 2017)
- "The Curly Fry Conundrum"
  Fearless Ideas Series
  College Park Maryland (August 30, 2015)
- "Video Chat for Pets"
  HCIL Symposium
  College Park, Maryland (May 22, 2012)
- "Social Network Strategies for Surviving the Zombie Apocalypse"
  HCIL Symposium
  College Park, Maryland (May 22, 2012)
- "The Twitter Mute Button"
  HCIL Symposium
  College Park, Maryland (May 22, 2012)
- "Understanding Users and Relationships in Social Networks"
  MURI Virtual Brown Bag
  College Park, Maryland (April 9, 2012)
- "Computing Trust in Social Networks"
  Guest Lecture to PSY228Q: The psychology of social networking and social computing
  College Park, Maryland (April 2, 2012)
- "Social Computing 2"
  Guest Lecture to CMSC434: Intro to HCI
  College Park, Maryland (November 30, 2011)
- "Social Computing 1"
  Guest Lecture to CMSC434: Intro to HCI
  College Park, Maryland (September 21, 2011)
- "Understanding Users and Relationships in Social Networks"
  HCIL Symposium
  College Park, Maryland (May 25, 2011)

- "Trust, Ties, and Information Diffusion in Social Networks"
  Guest Lecture in INFM289j: Social Media Campaigns for the WellBeing of Humankind
  College Park, Maryland (November 22, 2010)
- "Recommender Systems, Social Networks, and Applications"
  Guest lecture to CPSP218J: Media, Self, and Society
  College Park, Maryland (September 20, 2010)
- "Twitter Use by the US Congress"
  HCIL Symposium
  College Park, Maryland (May 26, 2010)
- "Recommender Systems, Social Networks, and Applications"
  Guest lecture to CPSP218J: Media, Self, and Society
  College Park, Maryland (September 8, 2009)
- "Designing Systems to Help Find Experts"
  iSchool Colloquium
  College Park, Maryland (September 15, 2008)
- "Social Networks on the Web: Challenges and Opportunities"
  Smith School of Business, University of Maryland
  College Park, Maryland (March 14, 2008)
- "Social Trust for Information Access"
  Center for Information Policy and E-Government (CIPEG) Policy Seminar Series
  College Park, Maryland (February 25, 2008)
- "Social information access -using social networks to sort, filter, and aggregate"
  Human-Computer Interaction Lab (HCIL) Brown Bag Lunch
  College Park, Maryland (November 8, 2008)
- "Inferring Trust in Social Networks for Information Presentation"
  Computational Linguistics and Information Processing (CLIP) Lab Colloquium
  College Park, Maryland (October 3, 2007)

#### 2.L.iii Panels

- Panelist, "Reflecting on Hybrid Events: Learning from a Year of Hybrid Experiences", CHI 2023, Hamburg, Germany
- Panelist , "Will Artificial Intelligence be a net benefit to scientific research?", Artificial Intelligence Citizen's Assembly, April 25, 2023, University of Birmingham, UK
- Moderator "Fighting Disinformation to Save Democracy", iSchool Alumni Event, March 3, 2019, Bethesda, MD
- Panelist, "Online nonsense: tools and teaching to combat fake news on the Web", iConference 2019, College Park, MD
- Panelist, "The Lines Between Censorship and Responsibility", Global Policy Institute, March 27, 2019, Washington DC
- Panelist, "The 2016 US Presidential Election and HCI: Towards a Research Agenda", CHI 2017, May 11, 2017, Denver, CO
- Moderator, "Get Engaged, Get Involved–Mobilizing Involvement through Technology and Setting the Stage for Future Generations", Belmont-Paul Womens Equality National Monument Women's History Month (March 21, 2017)
- Panelist, "Cozy with Cookies: our Brain and Behavioral Targeting", South by Southwest (SXSW), March 11, 2017, Austin, TX
- Panelist, Department of Homeland Security 2017 Big Data Series - Learning from Social

Media Challenges and Opportunities, March 3, 2017

- Panelist, “Creating the Future of Data Science: New Horizons for Education and Training”, White House Federal Data In Action Summit, December 15, 2016, Washington DC
- Panelist “The Campaign and your Brain”, Caltech Association October 27, 2016 Washington, DC
- Moderator, “Weapons of Math Destruction: Author Discussion”, Politics & Prose, September 20, 2016, Washington DC
- Panelist, “ Me and My Matrix? The Future of Humans and Computers”, Sci Fi Museum Con, July 1, 2016, Alexandria, VA
- Panelist, “Media and the Courts”, New Mexico Judicial Conclave, June 17, 2016 Albuquerque, NM
- Panelist, “Is Big Brother Alive and Well?”, Virginia Military Institute 2016 Leadership Conference, March 6, 2016 Lexington, VA
- Panelist, “#distractinglySexy: Using Twitter to Fight Sexism in Science Online“, South by Southwest (SXSW), March 14, 2016, Austin, TX
- Panelist, “Is Big Brother Alive and Well?”, Virginia Military Institute Cyber Ethics Conference, March 7, 2016, Lexington, VA
- Panelist, “Are you in a social media experiment¿‘, South by Southwest (SXSW), March 14, 2015, Austin, TX
- Panelist, “Opportunities and Risks of Discovering Personality Traits from Social Media”, Toronto, Canada
- Panelist, Social Media, NewsVision (digital media conference), March 30, 2009, Washington, DC
- Panelist, Data Fusion and Data Enrichment Panel, Director of National Intelligence Open Source Conference, July 2007, Washington, DC

### 2.M Completed Creative Works and Scholarship

#### 2.M.i Curated Exhibitions

- 2025 - *Flood Street: Photographs of Hurricane Katrina - Alex Brandon*, Molly’s at the Market, New Orleans, LA (Edited and Curated)

## 3 Teaching, Mentoring, and Advising

### 3.A Courses Taught in the Last Five Years

- INST 326: Object Oriented Programming
- INST 388P: Social Media Feed Algorithms
- INST 808: Social Network Analysis
- INST 151 / INST408N / INST608N: Becoming a Social Media Influencer
- INST 155 / INFM 289i: Social Networks: Technology and Society
- INST 462: Information Visualization
- INST 608S / INST 808S: Conspiracy Theories
- INST 633 / LBSC708L: Analyzing Social Networks and Social Media
- INST 670 / INST728N: Intro to Javascript
- INST 673: Hands on Machine Learning with Weka
- INST 671 / INST728W: Intro to Web Programming

## 3.B Course or Curriculum Development

- AY 2024-2025: Developing three new courses: Data Literacy, the Public Intellectual, and Social Media Algorithms
- Spring 2023: Developed Graduate Seminar on Conspiracy Theories
- Summer 2020: Developed Scholarship in Practice course on Becoming a Social Media Influencer
- Fall 2018: Developed online version of INST 462: Information Visualization
- Spring 2017: Developed online version of INST 627, new prep / redevelopment of INST632
- Fall 2015: Developed 1-credit classes on HTML and Javascript to be offered regularly online
- Fall 2012: Development of HCI Masters capstone classes, INST 775 and 776
- Fall 2011: Redevelopment of LBSC795 / INST631 for HCI Masters program
- Spring 2010: First offering of new course for undergraduate iSeries, INFM289I: Social Networks, Technology, and Society
- Winter 2010. Developed online version of LBSC690: Information Technology
- Spring 2009. First offering of new course. INFM 743: Development of Internet Applications
- Spring 2009. Significant course revision. LBSC 690: Information Technology
- Spring 2008. First offering of new course. INFM 220: Information Users in Social Context
- Fall 2007. Development of new course LBSC 888: Doctoral Seminar (with Allison Druin)
- Spring 2007. First offering of new course. CMSC 498N: Small Worlds, Social Networks, and Web Algorithms

## 3.C Textbooks, Manuals, Notes, Software, Web pages and Other Contributions to Teaching

### 3.C.i Textbooks

- **Jennifer Golbeck**, Analyzing the Social Web Burlington, MA: Morgan Kaufmann, 2013.

## 3.E Advising: Other Than Research Direction

### 3.E.i Undergraduate

- Anthony Rogers, Individual Studies Program, Fall 2007 – Spring 2015
- Ben Falk, Individual Studies Program, Spring 2008 – Spring 2012
- Ryan McCormick, Individual Studies Program, Spring 2008 – Spring 2011

### 3.E.ii Master's

- Spring 2009: 13 advisees
- Fall 2008: 13 advisees

## 3.F Advising: Research Direction

### 3.F.i Undergraduate

- Danny Laurence
  Spring 2012
  Research topic: Computing trust in social networks

- Elaine Wang
  Spring 2012
  Research topic: Multilingual Use of Twitter

- Vincent Kuyatt (Undergraduate Student, Computer Science)
  Spring 2011
  Research Topic: Real time strategy games for social strategy analysis

- Michon Edmonson (Undergraduate Student, Computer Science)
  Spring 2011
  Research Topic: Computing personality and trust

- Wendy Mock (Undergraduate Student, Computer Science)
  Spring 2011
  Research Topic: Social tagging of images

- Eric Norris (Undergraduate Student, Computer Science)
  Summer 2010
  Research Topic: processing social network data

- Nima Rad (Undergraduate Student, Computer Science)
  Summer 2010 – Winter 2011
  Research Topic: Games for understanding social strategies

- Karen Turner (Undergraduate Student, Psychology)
  Spring 2010 – Fall 2010
  Research topic: Use of Facebook

- Anthony Rogers (Undergraduate Student, Individual Studies)
  Spring 2008
  Research topic: Social networks on the web

- Stuart Moore (Undergraduate Student)
  Spring 2008, In the context of INFM 220
  Research topic: Expert search

- Joanne Kim (Undergraduate Student)
  Spring 2008, In the context of INFM 220
  Research topic: Expert search

- Mariya Filippova (Undergraduate Student, Computer Science)
  Fall 2007 – Spring 2008
  Research topic: Social Applications in Facebook

- Greg Phillips (Undergraduate Student, Computer Science)
  Spring 2008, In the context of INFM 220
  Research topic: Sentiment analysis in online communities

- Matthew Rothstein (Undergraduate Student, Computer Science)
  Spring 2007 – Summer 2008

Research topic: Merging social networks on the Semantic Web with FOAF

- Michael Wasser (Undergraduate Student, Computer Science)
  Fall 2005 – Spring 2007
  Research topic: Adding social context to web pages

### 3.F.ii Master's

#### Master's Thesis Committees

- Committee Member, Thesis Committee
  Joshua Watt, Spring 2023
  University of Adelade
- Chair, Thesis Committee
  Olivia Garahan , Fall 2017-Spring 2018
- Chair, Thesis Committee
  Siddharth Bhagwan , Fall 2017-Spring 2018
- Chair, Thesis Committee
  Chiun-Yao Chang , Fall 2017-Spring 2018
- Chair, Thesis Committee
  Rebecca Stone , Fall 2017-Spring 2018
- Chair, Thesis Committee
  Josh Chang , Fall 2011-Spring 2012
- Chair, Thesis Committee
  Rebecca Stone , Fall 2011-Spring 2012
- Chair, Thesis Committee
  Siddhartha Bhagwan, Fall 2011-Spring 2012
- Chair, Thesis Committee
  Rajan Zachariah, Fall 2011-Spring 2012
- Chair, Thesis Committee
  Aria Ghanaat , Fall 2011-Spring 2012
- Member, Thesis Committee
  Kelly Hoffman (MLS student, the iSchool): Fall 2007 – Spring 2008
- Member, Thesis Committee
  Chris Zamerelli (MLS student, the iSchool): Fall 2007 – Spring 2008
- Member, Thesis Committee
  D. Adam Anderson (MLS student, the iSchool): Fall 2007 – Spring 2008

#### Other

- Zahra Ashktorab (HCIM Student, the iSchool)
  Fall 2011 – Spring 2013

- Beth Emmerling (PhD student, the iSchool)
  Spring 2010 – Fall 2011

- Cristina Robles (MLS student, the iSchool)
  Spring 2010 – Spring 2011

- Alon Motro (MIM student, the iSchool)
  Spring 2009 – Spring 2012
- Jeanne Kramer-Smyth (MLS student, the iSchool)
  Fall 2008 – Spring 2009
- Rishabh Vyas (MIM student, the iSchool)
  Fall 2008 – Spring 2009
- Manasee Mahajan (MIM student, the iSchool)
  Fall 2007 – Fall 2008

### 3.F.iii Doctoral

**As Advisor/Co-Advisor**

- Advisor, Sean Mussenden (current Ph.D. Student, iSchool)
- Advisor, Jeff Henrikson (current Ph.D. Student, iSchool)
- Advisor, Celia Chen (current Ph.D. Student, iSchool)
- Brooke Auxier (Ph.D. Student, Journalism)
  Graduated Spring 2019
- Advisor, Zahra Ashktorab (Ph.D. Student, iSchool)
  Graduated Spring 2018
- Advisor, Cody Buntain (Ph.D. Student, Computer Science)
  Graduated August 2017
- Advisor, Irene Eleta (Ph.D. Student, iSchool)
  Graduated May 2013
- Advisor, Jes Koepfler (Ph.D. Student, iSchool) 2011-2012
- Co-Advisor with Don Perlis, Hamid Shahri (Ph.D Student, Computer Science)
  Graduated Spring 2011
- Co-Advisor with Jim Hendler, Vladimir Kolovski (Ph.D. Student, Computer Science)
  Graduated May 2008
- Advisor, John Kleint (Ph.D. Student, Computer Science) 2008
- Co-Advisor with Jim Hendler, Christian Halaschek-Weiner (Ph.D. Student, Computer Science)
  Graduated December 2007

**Member of Dissertation Committees**

- Liesl Kraus (Engineering Education, Purdue University), 2022
- Xiaoyun Huang (Information Studies), 2022
- Gareth T. Williams (Communications), 2022
- Hazel Feigenblatt Rojas (Journalism), 2022
- Andrew Otis (Journalism), 2021
- Marina Cascaes Cardoso (Information Studies), 2021
- Rock Stevens (Computer Science), 2020
- Cody Hyman (Accounting), 2020

- John McGahagan (Electrical and Computer Engineering), 2019
- Joseph Meyer (American Studies), 2019
- Faez Ahmed (Mechanical Engineering), 2019
- Margaret Gratian (Mechanical Engineering), 2019
- Abigail Bickford (Public Health), 2018
- Kristopher Micinski (Computer Science), 2017
- Tak Lee (Computer Science), 2017
- Srijan Kumar (Computer Science), 2017
- Kimberley Glasgow (Information Studies), 2017
- Arti Ramesh (Computer Science), 2016
- Jorge Mejia (Business), 2016
- Matthew Lincoln (Art History), 2016
- Peixin Gao (Electrical and Computer Engineering) 2016
- Ning Gao (Information Studies), 2015
- Chanhyun Kang (Computer Science), 2015
- Ed Condon (Computer Engineering), 2015
- Jared Sylvester (Computer Science, 2014
- Megan Monroe (Computer Science), 2014
- Kan Leung Cheng (Computer Science), 2013
- Greg Walsh (Information Studies), 2012
- Bo Han (Computer Science), 2012
- Tom Dubois (Computer Science), 2011
- Elena Zheleva (Computer Science), 2011
- Hamid Shahri (Computer Science), 2011
- Chuk-Yang Seng (Computer Science), 2009
- Adam Perer (Computer Science), 2008

# 4 Service

## 4.A Professional

### 4.A.i Offices and committee memberships held in professional organizations[3]

- RecSys Steering Committee, 2019-present
- World Wide Web Consortium Semantic Web Best Practices Working Group, 2004

### 4.A.ii Reviewing activities for agencies

- Jury, National Academies Eric and Wendy Schmidt Awards for Excellence in Science Communications, 2023-present
- Reviewer, NSF Hazards SEES Program, 2015
- Review Panelist, NSF Secure and Trustworthy Computing, Spring 2013
- Review Panelist, National Science Foundation (NSF), Directorate for Computer and Information Science and Engineering (CISE), Spring 2013
- Review panelist, NASA Postdoctoral Fellows program Summer 2011

[3] Position on journal board, chairship/membership on conference program committees, and related reviewing activities already reported in Section 2.K are not repeated here.

- Review panelist, National Science Foundation (NSF), Directorate for Computer and Information Science and Engineering (CISE), Spring 2011
- Review panelist, National Science Foundation (NSF), Directorate for Computer and Information Science and Engineering (CISE), Spring 2010
- Review panelist, National Science Foundation (NSF), Directorate for Computer and Information Science and Engineering (CISE), Fall 2009
- Review panelist, National Science Foundation (NSF), Directorate for Computer and Information Science and Engineering (CISE), Fall 2008
- Outside Reviewer, National Science Foundation (NSF), Directorate for Computer and Information Science and Engineering (CISE), Fall 2007

### 4.A.iii Other unpaid services to local, state, and federal agencies

- Production of video campaign and social media contest for Department of Defense anti-obesity initiative, in conjunction with Deputy Assistant Secretary of Defense for Health Affairs Summer 2012

## 4.B Campus

### 4.B.i College[4]

- Chair, APT Committee (August 2018 - present)
- Chair, Search Committee (2018-2019, 2020-2021, 2022-2023)
- Data Challenge, Mentor 2023, Judge 2022
- Interim Director, PhD Program (July 2017-August 2018)
- Program Director, HCI Masters Program (Summer 2012 – Spring 2014)
- Director, Human-Computer Interaction Lab (Spring 2011 – Spring 2014)
- Member, HCI Masters Committee (Fall 2009 – Spring 2012)
- Member, iSchool Search Committee (Fall 2011– Spring 2012)
- Chair, iSchool Student Awards Committee (Fall 2011 – Spring 2012)
- Co-Director, HCIL (Spring 2009 – Spring 2011)
- Chair, iSchool Undergraduate Committee (Fall 2010 – Spring 2011)
- Member, iSchool Search Committee (Fall 2010 – Spring 2011)
- Member, iSchool Search Committee (Fall 2009 – Spring 2011)
- Member, iSchool ad hoc Research Committee (Fall 2009 – Spring 2011)
- Member, iSchool Undergraduate Committee (Fall 2008 – Spring 2009)
- Assistant Director, Center for Information Policy and E-Government (Fall 2007 – Spring 2010)
- Member, iSchool Doctoral Committee (Fall 2007 – Spring 2010)
- Secretary, College Assembly (Fall 2008 – Spring 2009)

## 4.C University

- President's Commission on AI at Maryland, co-chair (2024)
- Sexual Assault Prevention Committee (2023 – 2024)
- Campus APT ( 2023 – present)
- University Standing Committee on Sexual Assault ( 2017 – 2019)
- ADVANCE Professor ( 2016 – 2019)

[4] Membership on dissertation/examination committees are listed in Section 3.F.iii and not duplicated here.

- Campus reviewer, NSF Partnerships for Innovation Program 2015, 2016
- Member, University of Maryland Provost Search Committee ( 2011 – 2012)

# 5 Public Engagement, Scholarship, and Practice

## 5.A Op-eds

- HuffPost: I Thought A MAGA Bot Was Trolling Me. Then He Asked Me To Lunch  And I Was Surprised By Who Showed Up (October 8, 2024)
- HuffPost: I've Traveled Across The Country To Attend Trump Rallies. Here's What You Won't See On TV (September 13, 2024)
- Wall Street Journal: How Dogs Help Us Lead Longer, Healthier Lives (November 20, 2023)
- Wired: Theres No Excuse to Ignore Warnings of Domestic Terrorism (January 12, 2021)

### 5.A.i Media Appearances and Interviews

**Major Publications**

- Pittsburgh Post-Gazette: Pilgrimage: Trump's return to Butler predicted 'to be wild' (October 4, 2024)
- Pittsburgh Post-Gazette: Well make sure its safe: Mike Kelly says Butler site will be more secure for Trump rally Saturday (October 3, 2024)
- Financial Times: Conspiracy theories are being baked into American politics (July 22, 2024)
- The Atlantic: You Cant Even Rescue a Dog Without Being Bullied Online (May 28, 2024)
- MSNBC: A new report shows how social media use puts our kids and teens at risk (May 26, 2024)
- Axios: Privacy-conscious consumers are wary of a new feature on Microsoft's AI PCs (May 24, 2024)
- CNN: Privacy experts sound the alarm over Microsofts latest AI tool (May 22, 2024)
- Financial Times: Why AI conspiracy videos are spamming social media (March 20, 2024)
- Associated Press: Oversight board urges Meta to rethink its policy on manipulated media in high-stakes election year (February 5, 2024)
- Scientific American: The Internets Dog Mom Talks about the Science of the Human-Dog Bond (January 23, 2024)
- Scientific American: The Surprising Health Benefits of Dog Ownership (January 3, 2024)
- Axios: Your relationship with your dog is vital, science shows (November 20, 2023)
- CNN: Pentagon leak spotlights surprising interplay between gaming and military secrets (April 22, 2023)
- WTOP: It may sound like a family member on the phone  but it could be a scammer (March 6, 2023)
- Worcester Telegram: How companies and social media use algorithms to make 'scary' predictions about you (March 10, 2022)
- WUSA9: Apple, Google team up for contact tracing tech to help fight coronavirus (April 17, 2020)
- SyFy: The Stranger Quibi Source: Quibi Quibi's The Stranger: How creator Veena Sud made a tech horror series for your phone (April 14, 2020)
- NBC4: TSA Employees Vent About Management, Passengers on Private Facebook Page (October 28, 2019)

- Fortune: Twitter, Unable to Control Its Worst Elements, Rolls out a Site Redesign (Jul 16, 2019)
- NBC News: Mason jars and drama: How an Instagram influencer's event tour captivated the internet (January 2019)
- CNBC: Fans are using Venmo to tip celebrities like Bears QB Mitchell Trubisky and SNL's Michael Che (January 2019)
- Minnesota Public Radio News: Inside the world of an internet troll: How web users can protect themselves online (Apr 24, 2019)
- Fortune: Twitter and Instagram Are Starting to Imagine a World Without Likes (May 1, 2019)
- New York Post: Is this viral cooking hack the best way to peel garlic? (Jun 17, 2019)
- NBC4 Washington: TSA Employees Vent About Management, Passengers on Private Facebook Page (Oct 28, 2019)
- Gizmodo UK: Starlink Satellites Produce Wave of UFO Sightings in the US (Dec 28, 2019)
- NBC News: 19 bold predictions for science and technology in 2019 (December 27, 2018)
- Scientific American: The Facebook Controversy: Privacy Is Not the Issue (April 18, 2018)
- NBC News: About 600 questions later, Zuckerberg and Congress leave major issues about Facebook unanswered (April 12, 2018)
- NBC News: Tech companies struggle with the human side of fake news (March 17, 2018)
- NBC News: Twitter CEO asks for help in fixing its toxic environment (March 1, 2018)
- Huffington Post: The Teens Are Coming For The NRA, And They Can't Be Stopped (February 25, 2018)
- NBC News: How Parkland's social media-savvy teens took back the internet (February 22, 2018)
- Wired: People Can Put Your Face on Pornand the Law Can't Help You (January 26, 2018)
- Newsweek Melania Trump Is Very Concerned About Appearance, Rarely Shows Flaws, Unlike Previous First Ladies (January 3, 2018)
- Washington Post: Seen but rarely heard: How Melania Trump is approaching the public role of first lady. (January 2 2018)
- NBC News: Facebook at a crossroads as it rides huge profits, battles backlash (November 17, 2017)
- Baltimore Sun: House committee releases Russian-linked ad depicting Freddie Gray (November 1, 2017)
- NBC News Why Did Twitter Suspend Rose McGowan? (October 12, 2017)
- NBC News: Social Media Becomes a Savior in Hurricane Harvey Relief (August 28, 2017)
- Christian Science Monitor: Fallout from modern protests: naming and shaming online (August 17, 2017)
- Wired: Twitter's Meme War Isn't About Civility, It's About Money (June 29, 2017)
- Prevention: 7 Appropriate Ways To Handle Grief On Facebook When You Lose A Loved One (June 1, 2017)
- NBC News: Whose Responsibility Is It to Police Content on Facebook? (May 9, 2017)
- Wired: Facebook's New Plan May Curb Revenge Porn, But Won't Kill It (April 6, 2017)
- Wired: Silly YouTube, Dont You Know Making the Internet Nicer Is Impossible? (March 22, 2017)
- NBC News: Who's Policing Facebook's Secret Groups? (March 7, 2017)
- Christian Science Monitor: AP-NORC poll: Teens cynical about politics, yet many remain hopeful (February 28, 2017)
- NBC News: What Could Happen if President Trump's Twitter Gets Hacked? (February 22,

2017)
- Deutsche Welle: 'I literally wake up in the middle of the night' (February 14, 2017)
- Deutsche Welle: Scientists in the US band together against Donald Trump (February 13, 2017)
- Libration: Donald Trump : Les ttes chercheuses rpliquent (February 12, 2017)
- ABC News: Medical and Science Communities Could Take a Blow From Trump's Immigration Order (January 30, 2017)
- New York Times: Science Will Suffer Under Trumps Travel Ban, Researchers Say (January 30, 2017)
- Chronicle of Higher Education: Shock, Despair, and Outrage: Academics Condemn Trumps Immigration Crackdown (January 30, 2017)
- The Atlantic: Trumps Immigration Ban Is Already Harming American Science (January 29, 2017)
- Buzzfeed: The Online Revolt Of National Parks Has Created A Political Movement (January 27, 2017)
- Deutsche Welle: Scientists fight back against Trump (January 27, 2017)
- NBC News: Where Do We Draw the Line When It Comes to Free Speech Online? (December 7, 2016)
- NBC News: What Would It Take to Shut Down Trump on Twitter? (December 6, 2016)
- The Telegraph: 'Frustrated' computer scientist gives perfect response to 'patronising' tweet (October 5, 2016)
- Huffington Post Canada: This Mansplaining Tweet Shows Why It's Frustrating To Be A Woman In Tech (October 7, 2016)
- Huffington Post: Computer Science Professor Shuts Down Mansplainer Like A Boss (October 5, 2016)
- PolitiFact: Trump says Twitter, Google, Facebook buried Clinton emails story (November 2, 2016)
- New Scientist: What your social media profile photo says about your personality (May 20, 2016)
- USA Today: Why do people sound off on Twitter? Kim Kardashian's Twitter rant explained (March 8, 2016)
- Gizmodo: This Sinister Software Tells You How to Craft the Perfect Email (September 28, 2015)
- Huffington Post: Why Dogs Just Cant Seem To Recognize Us On Our Phones And Tablets (June 2, 2015)
- New York Times: Dressing for TED: What to Wear to Go Viral (March 11, 2015)
- Computerworld: Computers may soon know you better than your spouse (January 13, 2015)
- Fortune Magazine: CONTAGION – From Justin Bieber to data scientists, how Twitter got hot in the academy (August 22, 2014)
- Huffington Post: The Fall of Facebook - and What's Next (June 25, 2014)
- Associated Press: What you 'like' on Facebook can be revealing (March 11, 2013)
- Politico: 'Weinergate' a cautionary tale? (May 31, 2011)
- Daily Caller: Facebook can serve as personality test (May 23, 2011)
- ABC News: Facebook can serve as personality test (May 13, 2011)
- Jezebel: Your Facebook Is The New "Personality Test" (May 13, 2011)
- Time: Put Your Best Face Forward: Facebook Deemed an Accurate Personality Test for Employers (May 10, 2011)
- ABC Online: Facebook can serve as personality test (May 9, 2011)

- Discovery News: Facebook can serve as personality test (May 9, 2011)
- New Scientist: Why Facebook friends are worth keeping (July 15, 2010)
- Baltimore Sun: Congressional Twitter mostly twaddle (September 21, 2009)
- Huffington Post: Politicians On Twitter: Tweets By Lawmakers Boastful Or Boring: Study (September 19, 2009)
- The Hill: Lawmakers' Tweets Largely Self-Promotional (September 18, 2009)
- The Washington Post: Politicians' Tweets Are Mostly Self-Promotional, Researchers Say (September 18, 2009)
- Politico: Study: Congress Needs Twitter Help (September 16, 2009)
- Ars Technica: Who do you trust 2.0: Building better preference predictions (September 21, 2008)
- Wired.com: Obama Supporters Act to Clear FUD. (November 12, 2007)
- Salon.com: You are who you know (June 15, 2004)

**Other Outlets**

- Yahoo! News: 2 Words In Donald Trump's Latest Anti-Immigrant Rant Send Chills Down Critics' Spines (September 9, 2024)
- Cybersecurity news: Microsoft Delays Release of Controversial Windows AI Recall Tool Amid Privacy Concerns (June 12, 2024)
- Neuroscience News: Supernatural Experiences Comfort Grieving Pet Owners (April 12, 2024)
- The Wire: Inside the Minds of Internet Trolls: A Psychological Analysis (April 27, 2020)
- PYMTS: New York Security Law Changes Retail Data Efforts (Feb 27, 2020)
- Book Riot: Why Do People Choose To Publish Their Books Via Kickstarter? (Feb 7, 2020)
- KXLH Helena News: Strange lights seen in the sky in northern Montana are likely SpaceX 'Starlink' satellites (Dec 26, 2019)
- Redheaded Blackbelt: Strange Line of Lights in the Sky Was Reported by Multiple Readers (Dec 24, 2019)
- Dual Dove: Train of UFOs in the Sky Were, in Fact, the Starlink Satellite Constellation (Dec 30, 2019)
- Mic: Oversharing online: The power and danger of saying too much (Aug 23, 2019)
- WLKY Louisville: Belski's Blog - See the Starlink satellites tonight (Dec 23)Fortune: Twitter Hopes Users Will Love Its Redesigned Desktop LayoutAnd Replace All the Bots Its Been Purging (January 2019)
- Russian Machine Never Breaks: Christian Djoos needed surgery for compartment syndrome in his left thigh (January 2019)
- MarketWatch: One year after Zuckerbergs testimony about violent content on Facebook, has anything changed? (March 20, 2019)
- The Cheat Sheet: Kyle Richards from 'RHOBH' Reminds Fans That None of the Cast Members Are Horrible People (March 5, 2019)
- Inquirer: Online customer agents can see what youre typing even before you hit that send button (November 30, 2018)
- The Jewish Voice: Facebook Grappling With The Role it Plays in Suicides (July 14, 2018)
- MarketWatch: She posted a photo on Facebook moments before taking her own life it took her family days to remove it (July 18, 2018)
- Fox 5 NY: Why toxicity thrives on Twitter (June 1, 2018)
- KUOW: Think data privacy is dead? Try replacing the word 'privacy' with 'consent' (April 16, 2018)

- New York Daily News: Facebook users shouldnt be surprised by how closely their data is being tracked (March 23, 2018)
- KUOW: Talking Facebook (and My Dinner with Andre) on KUOW (March 22, 2018)
- MIT Technology Review: Twitter wants to reduce the health of its conversations to four numbers. Good luck, say experts. (March 8, 2018)
- MN News Today: Keeping Your Children Safe Online (January 11, 2018)
- The Lily: How Melania Trump is approaching the public role of first lady (January 5, 2018)
- Stars and Stripes: How Melania Trump is approaching the public role of first lady (January 2, 2018)
- CustomerThink: In the Digital Revolution, Customers Have Nothing to Lose But Their Privacy (July 31, 2017)
- The SandPaper: Rotting Takes a Turn for the Better; Trolls Give Trolling a Bad Name (May 10, 2017)
- Temple City Tribune: Why Employers Want Millennials With Social Media Skills (May 10, 2017)
- WDEF, Facebook, for the first time, acknowledges election manipulation (April 29, 2017)
- San Diego Union-Tribune: Anyone can discover your secrets from your public social media data (April 22, 2017)
- WJLA: University of Maryland students to attend March for Science in DC (April 21, 2017)
- KVOA" Cleveland Shooting Highlights Facebooks Responsibility in Policing Depraved Videos (April 17, 2017)
- Nanalyze: 7 Startups Giving Artificial Intelligence (AI) Emotions (April 10, 2017)
- Charleston Gazette-Mail: On Retirement: Periods are passe, among other lessons learned from texting (March 28, 2017)
- Marketwatch: Being under surveillance changes our behavior (and not for the better) (March 6, 2017)
- Merdeka: Apa jadinya kalau akun Twitter Presiden Trump dibajak? (February 22, 2017)
- The Diamondback: One UMD professor asked foreigners to help U.S. scientists stuck abroad. 1,000 answered. (February 5, 2017)
- FranceInter: Les scientifiques aussi se mobilisent contre le dcret anti-immigration de Trump (February 2, 2017)
- Inverse.com: Trump's Iran Travel Ban Gutpunched American Science (January 31, 2017)
- Frankfurter Allgemeine Zeitung: Akademiker gegen Trump: Alarm im Wissenschaftsmekka (January 30, 2017)
- Newsmax: Academics Worry Trump's Ban Impacts Education, Science (January 30, 2017)
- Inverse: Trump's Iran Travel Ban Gutpunched American Science (January 30, 2017)
- Milli Gazette: Trolling Syndrome Not Just a Namesake (December 31, 2016)
- Amanha: Notcias falsas nas mdias sociais: qual a soluo? (December 12, 2016)
- World Politics Review: What Should Tech Giants Do About Hate Speech on Their Platforms? (December 9, 2016)
- Value Walk: How Could Trump Be Shut Down On Twitter? (December 9, 2016)
- Kojo Nnamdi Show Blog: Park Views Colony Club May Symbolize Gentrification, But Its Owner Hopes Its The Positive Kind (December 6, 2016)
- Christian Science Monitor: Many teens have trouble spotting fake news, but it's not as bad as it sounds (November 22, 2016)
- Knowledge@Wharton (Sirius/XM Business Radio blog): Fake News, Hate Speech and Social Media Abuse: Whats the Solution? (November 21, 2016)
- Urgente 24: Facebook & PayPal: Los bancos estn temblando (November 11, 2016)

- Slidebot Blog: 5 Presentations That Explain How Social Media Works (November 7, 2016)
- Grinding my Grits Blog: Internet Trolls: A Repost (November 5, 2016)
- Knowledge@Wharton (Sirius/XM Business Radio blog), Knowledge@Wharton (Sirius/XM blog): Will Twitter Find Its True Calling? (November 4, 2016)
- Safe Routes Partnership Blog: Pokmon Go and the Gamification of Active Travel (November 4, 2016)
- Scary Mommy: Mansplaining Was Featured On Jeopardy! And It Was Perfect (October 31, 2016)
- Knowledge@Wharton (Sirius/XM Business Radio blog): The Facebook-PayPal Partnership: Who Benefits Most? (October 26, 2016)
- Huffington Post Korea: ’ ’ ? (October 7, 2016)
- More: The Most Face-Palm Examples Of Mansplaining On The Internet (October 7, 2016)
- Mashable avec France 24: Sexisme ordinaire : une prof d’informatique rabat le clapet d’un internaute qui a parl trop vite (October 6, 2016)
- Bento: Wie sich eine Professorin gegen Sexismus zur Wehr setzt (October 5, 2016)
- Mashable: Computer scientist shuts down mansplainer who told her to learn Java (October 5, 2015)
- eduI Virginia Foundation for the Humanities: Can Curly Fries Predict the Future? (September 5, 2016)
- America Economia: Un emoji vale ms que mil palabras? (August 5, 2016)
- Netkwesties: AH leert jongeren etiquette met Pokemon Go (July 22, 2016)
- Knowledge@Wharton (Sirius/XM Business Radio blog): Say It With a Smile: Is an Emoji Worth a Thousand Words? (July 18, 2016)
- Illinois Public Media: Look At You Now, A Memoir; Millennium Park Protest; Pokmon Go Goes To College (And Everywhere) (July 12, 2016)
- Sciencenet.cn: (May 31, 2016)
- Quartz: Digital spring-cleaning tips to help speed up and secure your devices (May 27, 2016)
- LIFO: : : (May 3, 2016)
- KUOW (Seattle Public Radio): Not So Far-Fetched: How Cats And Dogs Can Use Gadgets You Already Own (April 22, 2016)
- Stuff: Why do people rant on Twitter? (March 20, 2016)
- Eagle Strategies Blog: Jennifer Golbeck for TEDx: What Companies and SNS know about you (March 6, 2016)
- Washington Independent Review of Books: Bedtime Stories: February 2016 (February 26, 2016)
- Diane Rehm Show Blog: Your Questions Answered: Anonymous Messaging App Safety (February 21, 2016)
- Business.com: Crystal Knows All: Youre Being Profiled (January 14, 2016)
- Healthcare IT News: Is health data privacy even possible in the social media age? (November 4, 2015)
- Las Vegas Review Journal: The real reason Facebook added six emojis and not a ’Dislike’ button (October 12, 2015)
- MIT Technology Review: How Benford’s Law Reveals Suspicious Activity on Twitter (April 21, 2015)
- Ideas.ted.com: What are you revealing online? Much more than you think (July 1, 2014)
- Library of Congress Blog: Understanding User Generated Tags for Digital Collections: An Interview with Jennifer Golbeck* (May 1, 2013)
- Seattle Post Intelligencer: What Facebook tells your boss about your personality (May 9,

2011)
- Hindustan Times: Facebook's employee personality test (May 10, 2011)
- Corp Comms Magazine: Politicians Tweet Sweet Nothings (September 22, 2009)
- Sacramento Bee: Tweet-tweet goes Schwarzenegger, a big Twitter user (September 22, 2009)
- Stars & Stripes (U.S. Military Newspaper)
  - Japan Edition (September 22, 2009)
  - Mideast Edition (September 22, 2009)
  - Korea Edition (September 21, 2009)
- USTINET News: Study: Congress Tweets Lack Citizen Talk (September 21, 2009)
- United Press International: Study: Congress Tweets lack citizen talk (September 21, 2009)
- San Diego Union-Tribune: Politicians on Twitter have a lot to say about themselves (September 20, 2009)
- Lawrence Journal World & News: Members of Congress tweet their own horns (September 20, 2009)
- The Telegraph (Calcutta, India): Blowing tweet horns (September 20, 2009)
- The News Journal (Wilmington, DE): For Twitter-happy politicians, the service is all about them (September 20, 2009)
- Honolulu Advertiser: Politicians' Tweets self-promotional (September 20, 2009)
- Hawaii Reporter: Politicians' Tweets Are Mostly Self-Promotional, Researchers Say (September 19, 2009)
- Austin American Statesman: Lawmakers use Twitter for self-promotion, study finds (September 19, 2009)
- The Arizona Republic: Surprise! Twitter from D.C. about self-promotion (September 18, 2009)
- St. Petersburg Times: Times Wires (September 18, 2009)
- Kansas City Star: Study: Congress all a Twitter (September 15, 2009)
- Delmarva Daily Times: ALL ABOUT ME: '25 Things' becomes one of Facebook's biggest fads. (February 27, 2008)
- WEYI NBC25: Facebook backs down on change (February 18, 2009)
- Physics World: Talking Physics in the Social Web (January 2007)

**Podcasts, Radio, and TV - Hosting**

- SCIENCE Magazine, host of podcast books segment ( 2017 - 2019)
- NPR, The Kojo Nnamdi Show, guest host (2014-2019)

**Podcasts, Radio, and TV - Guest**

- Times Radio London: TikTok and the Election (October 24, 2024)
- Australian Broadcasting Corporation: Trump Rally in Butler, PA (October 5, 2024)
- LiveNOW on FOX: Trump Rally in Butler, PA (October 5, 2024)
- The Don Lemon Show (July 25, 2024)
- SiriusXM Michael Smerconish Program (June 7, 2024)
- NPR 1A: The future of TikTok in the United States (March 20, 2024)
- MSNBC 11th Hour, January 8, 2021; January 13, 2021; January 21, 2021; March 3, 2021; November 22, 2021; May 24, 2023
- Sirius/XM Business Radio, Knowledge@Wharton regular guest on tech issues, 2016 - 2019

**U.S. v Peter Stinson**
Case No: 1:25-cr-00209
US Eastern District of Virginia
Witness for Defendant
2025
*Criminal*

**Hughes v. Apple**
Case No: 3:22-cv-07668-VC
US Northern District of California
Witness for Plaintiff
2024-present
*Class Action*

**Erica Frasco v**
**Flo Health, Inc., Google, Llc, Facebook, Inc., Appsflyer, Inc., And Flurry, Inc.,**
Case No.: 3:21-cv-00757-JD
US Northern District of California
Witness for Plaintiff
2022 – present
*Class Action*

**Doe v Adventist**
Case No.: 22STCV36304
Superior Court of California
Witness for Plaintiff
2024 – present
*Class Action*

**State of Texas v Google**
Case No.: 22-01-88230-D
District Court of Victoria County
Witness for Plaintiff
2023-2025

**Medallia v ContentSquare**
CASE NO. 6:21-cv-00532-ADA
US Western District of Texas
Witness for Plaintiff
2022 – 2023
*Trade Secrets*

**Echospan v Medallia**
Case Number: 5:2022cv01732
US District Court for the Northern District of California
Witness for Defendant

2022 – 2023
*Trade Secrets*

**Blackbird Tech LLC v Trivago**
N.V., No. 2:21-cv-00349-JRG-RSP
US District Court, Eastern District of Texas
Witness for Plaintiff
2022 – 2022
*Patent*

**State of Washington v. Google**
King County Superior Court Cause No. 22-2-01103-3 SEA
Witness for Plaintiff
2022 – present

**Medallia v Content Square**
US District Court, Western District of Texas / IPR
Witness for Plaintiff
2022 – 2023
*Patent*

**USC v Facebook**
US District Court, Western District of Texas / IPR
Witness for Plaintiff
2020 – 2021
*Patent*

**Microsoft v Uniloc**
IPR
Witness for plaintiff
2019-2023
*Patent*

**LVI Holdings, Inc. v LasikPlus**
US District Court, Southern District of Florida
Witness for plaintiff
2020 – 2021
*Online Marketing*

**Opternative, Inc. v Warby Parker**
US District Court, Southern District of New York
Witness for defendant
2019 – 2020
*Intellectual Property*

**Reinalt-Thomas Corporation v Mavis Tire Supply**

US District Court, Northern District of Georgia
Witness for defendant
2019-2019
*Online Marketing*

**Comcast Cable Communications, LLC, v OpenTV**
US District Court, Northern District of California
Witness for defendant
2017 – 2017
*Patent*

**Paul Jensen v Cablevision Systems Corp**
US District Court, Eastern District of New York
Witness for plaintiff
2016-2017
*Class Action - Privacy*

**PGH Global v Liquid Interactive**
US District Court, Eastern District of Pennsylvania
Witness for plaintiff
2017 – 2018
*E-Commerce Contract Dispute*

**United States v Kyler Schmitz**
US District Court, Eastern District of Virginia
Witness for defendant
2016
*Criminal*

**Blue Calypso v Groupon, Foursquare, Yelp, IZEA, Inc.**
US District Court, Eastern Texas
Witness for plaintiff
2014 – 2016
*Patent*

**Campbell, et al v Facebook**
California Northern District Court
Witness for plaintiff
2014 – 2016
*Class Action - Privacy*

**SEC v City Capital**
SEC Administrative Proceeding
Witness for Defendant
2015
*Web Marketing*

**Rembrandt Social Media v Facebook**
US District Court, Eastern District of Virginia
Witness for plaintiff
2013 – 2014
*Patent*

**Peter Daou and James Boyce v Ariana Huffington, Kenneth Lerer and Thehuffingtonpost.com**
Superior Court of New York
Witness for plaintiff
2012 – 2014
*Intellectual Property*